Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for SF NU, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Charles Paxton Paret, | ) | Case No. 23-217-ELG |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| Developer RE1 LLC, | ) | |
| | ) | Adv. Case No. 24-10023-ELG |
| Plaintiff, | ) | |
| | ) | (Cases Consolidated) |
| v. | ) | |
| | ) | |
| DP Capital LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| 423 Kennedy St Holdings LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DP Capital LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF HEARING ON MOTION TO DISMISS FILED BY SF NU, LLC**

NOTICE IS HEREBY GIVEN that SF NU, LLC ("SNL") has filed a motion to dismiss

(the "Motion"), arguing Developer RE1 LLC ("DRL") has failed to join an indispensable party

1

insofar as this suit seeks equitable relief impacting a deed of trust but the current holder of that deed of trust, JPK NewCo LLC, has not been made a party hereto. SNL seeks dismissal without prejudice and does not oppose DRL being afforded leave to amend. A copy of the Motion is attached hereto as Exhibit A and found at DE #1-2, pp. 1646-54. A copy of the opposition of DRL is attached hereto as Exhibit B and found at DE #1-2, pp. 1662-78. A copy of the at-issue amended complaint is attached hereto as Exhibit C and found at DE #1-2, pp. 1588-1616

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE JULY 22, 2024, you must file and serve a written objection to the Motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the Motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for July 23, 2024 at 10:00 AM. The hearing will be held in a hybrid format, in Courtroom 1 at the foregoing address and via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

*[Signature and Certificate of Service on Following Page]*

                                                Respectfully submitted,

Dated: July 4, 2024        By:    /s/ Maurice B. VerStandig
                                                Maurice B. VerStandig, Esq.
                                                Bar No. MD18071
                                                The VerStandig Law Firm, LLC
                                                9812 Falls Road, #114-160
                                                Potomac, Maryland 20854
                                                Phone: (301) 444-4600
                                                mac@mbvesq.com
                                                *Counsel for SF NU, LLC*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 4th day of July, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

                                                                               /s/ Maurice B. VerStandig
                                                                               Maurice B. VerStandig