# Superior Court of the District of Columbia
## CIVIL DIVISION

**Check One:**

■ **Civil Actions Branch**
500 Indiana Ave., N.W.
Room 5000
Washington, D.C. 20001
Telephone: (202) 879-1133

☐ **Landlord & Tenant Branch**
510 4th Street, N.W.
Room 110
Washington, D.C. 20001
Telephone: (202) 879-4879

☐ **Small Claims & Conciliation Branch**
510 4th Street, N.W.
Room 120
Washington, D.C. 20001
Telephone: (202) 879-1120

**Developer RE1 LLC**
_____
Plaintiff

v.

**DP Capital, LLC d/b/a Washington Capital Partners et al.**
_____
Defendant

**SUBPOENA FOR A CIVIL CASE**

**CASE NUMBER:** 2022-CAB-005935

To: **AT&T**

☐ Check box if medical records are being requested

☐ **YOU ARE COMMANDED** to appear in this Court at the place, date, and time specified below to testify in the above case.

| COURTROOM AND ADDRESS | DATE | TIME |
|---|---|---|
|  |  |  |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE | TIME |
|---|---|---|
|  |  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition must designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which each person will testify. Super. Ct. Civ. R. 30(b)(6).

■ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below *(list documents or objects):*

| DOCUMENTS OR OBJECTS | | |
|---|---|---|
| **See Attached List of Documents to be Produced** | | |
| PLACE OF PRODUCTION | DATE | TIME |
| 801 17th Street N.W., Suite 1000, Washington, D.C. 20006 | June 28, 2024 | 10:00 a.m. |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date, and time specified below.

| PREMISES | DATE | TIME |
|---|---|---|
|  |  |  |

| ISSUING PERSON'S SIGNATURE AND TITLE (indicate if attorney for plaintiff or defendant) | DATE |
|---|---|
| *Alexandria Smith*, counsel for Developer RE1 LLC | June 13, 2024 |
| ISSUING PERSON'S NAME, ADDRESS AND PHONE NUMBER | |
| Alexandria J. Smith, 801 17th Street, N.W., Ste. 1000, Wash., DC 20006  (202) 452-1400 | |

Authorization as required by D.C. Code §14-307 and Brown v. U.S., 567 A.2d 426 (D.C. 1989), is hereby given for issuance of a subpoena for medical records concerning a person who has not consented to disclosure of the records and has not waived the privilege related to such records.

_____
JUDGE

(See Super. Ct. Civ. R. 45 (c) and (d) on the reverse side)
WHITE - FOR RETURN OF SERVICE   YELLOW - FOR SERVICE

CV-433A [Rev. June 2017]                                                                 Super. Ct. Civ. R. 45

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

DEVELOPER RE1 LLC,

    *Plaintiff*,

v.

DP CAPITAL, LLC d/b/a WASHINGTON CAPITAL PARTNERS, *et al*.

    *Defendants*.

2022-CAB-005935
Judge Ebony Scott
Next Event: July 9, 2024
Close of Discovery

### LIST OF DOCUMENTS TO BE PRODUCED PURSUANT TO SUBPOENA DUCES TECUM TO AT&T

The Plaintiff, Developer RE1 LLC ("Developer RE1"), has issued a subpoena duces tecum to AT&T. The subpoena commands the production of documents from AT&T on June 28, 2024 (at 10:00 a.m.) at 801 17th Street N.W., Suite 1000, Washington D.C. 20006. Responsive documents may also be sent electronically via email to jds@gdllaw.com and ajs@gdllaw.com.

### PART A - DEFINITIONS

1.    The term "Documents" includes electronically stored information, and means: "writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations—stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form." *See* D.C. Superior Court Civil Procedure Rule 34(a)(1)(A).

2.    The term "Communications" means any form, whatsoever, of correspondence, discussion, instruction, report and/or written, electronic or oral exchange between two or more persons.

4865-2883-3720

3. The term "Wireless Phone Records" means the phone records and call records produced, sent, or received by the Subject Number or by the Subscriber, including, but not limited to, text messages (and any images sent with text message) and phone call logs.

4. The term "Subject Number" means phone number (703) 727-5464.

5. The term "Subscriber" means Daniel Huertas. Mr. Huertas is believed to have a home address of 909 Chinquapin Road, McLean, VA 22102 and a business address of 8401 Greensboro Drive, Suite 960, McLean, VA 22102.

6. The term "Date Ranges" means the periods between September 1, 2022 to January 15, 2023 and June 1, 2023 to July 26, 2023.

## PART B - INSTRUCTIONS

1. In the event any document is withheld by you under a claim that it is privileged or subject to protection as trial-preparation materials, you must: (a) expressly make the claim; and (b) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim. *See* D.C. Super. Ct. Civ. R. 45(d)(2)(A).

2. Unless otherwise specified by the context of the Request, the period for these requests is from September 1, 2022 to July 26, 2023.

## PART C - DOCUMENTS REQUESTED

1. All Wireless Phone Records corresponding to the Subject Number and/or the Subscriber within the specified Date Ranges.

2. Documents showing all Communications that occurred within the specified Date Ranges received or placed by the Subscriber.

3.      All Documents received or sent by the Subscriber within the specified Date Ranges.

If you have any questions about this List of Documents, or need any additional information, or would prefer to produce responsive documents directly to Plaintiff's counsel by overnight courier or electronic means, please contact:

James D. Sadowski, Esq. or
Alexandria J. Smith, Esq.
Greenstein DeLorme & Luchs, P.C.
801 17th Street, NW - Suite 1000
Washington, DC  20006
(202) 452-1400 ext. 5407 (phone)
(202) 452-1400 ext. 5426 (phone)
jds@gdllaw.com (e-mail)
ajs@gdllaw.com (email)
