Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for SF NU, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | |
| Charles Paxton Paret, | Case No. 23-217-ELG |
| Debtor. | Chapter 7 |
| | |
| Developer RE1 LLC, | |
| Plaintiff, | Adv. Case No. 24-10023-ELG |
| v. | (Cases Consolidated) |
| DP Capital LLC, *et al.* | |
| Defendants. | |
| | |
| 423 Kennedy St Holdings LLC, | |
| Plaintiff, | |
| v. | |
| DP Capital LLC, *et al.* | |
| Defendants. | |

**NOTICE OF HEARING ON MOTION TO EXTEND SCHEDULING ORDER**

NOTICE IS HEREBY GIVEN that SF NU, LLC ("SNL") has filed a motion to extend scheduling order (the "Motion"), asking that a new scheduling order be issued in these

1

consolidated cases so that (i) SNL may take discovery following adjudication of a pending motion to dismiss (should the motion to dismiss not be granted); (ii) other parties may complete discovery; (iii) the Chapter 7 trustee may have occasion to assess if he wishes to intervene in these cases; and (iv) an expeditious—but orderly—pre-trial schedule may follow the close of discovery.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE JULY 22, 2024, you must file and serve a written objection to the Motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the Motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for July 23, 2024 at 10:00 AM. The hearing will be held in a hybrid format, in Courtroom 1 at the foregoing address and via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

*[Signature and Certificate of Service on Following Page]*

Respectfully submitted,

Dated: July 6, 2024      By:     /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for SF NU, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of July, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

3