**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Charles Paxton Paret, | ) | Case No. 23-217-ELG |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| Developer RE1 LLC, | ) | |
| | ) | Adv. Case No. 24-10023-ELG |
| Plaintiff, | ) | |
| | ) | (Cases Consolidated) |
| v. | ) | |
| | ) | |
| DP Capital LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| 423 Kennedy St Holdings LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DP Capital LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF DANIEL HUERTAS**

1. My name is Daniel Huertas, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am the principal of WCP Fund I LLC ("WCP") and DP Capital LLC ("DPCL").

3. I am familiar with the efforts of WCP to proceed with a foreclosure of the real estate assets of Developer RE1 LLC ("DRL") and 423 Kennedy St Holdings LLC ("423 Kennedy").

4. As the trustee under the deeds of trust for the assets owned by DRL and 423 Kennedy, Russell Drazin ("Mr. Drazin") mailed foreclosure notices to DRL and 423 Kennedy, retained the services of Harvey West Auctioneers, Inc., and caused the auctions to be advertised in *The Washington Post*.

5. Both foreclosures were enjoined and did not proceed.

6. Mr. Drazin has been legal counsel to WCP and DPCL for many years.

7. Further affiant sayeth naught.

I declare under penalty of perjury that the foregoing is true and correct.

7/7/2024

Executed On

Daniel Huertas

Daniel Huertas