SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

DEVELOPER RE1 LLC,

    *Plaintiff*,

v.

DP CAPITAL, LLC d/b/a WASHINGTON CAPITAL PARTNERS, *et al*.

    *Defendants*.

2022-CAB-005935
(consolidated with 2023 CAB 004260)
Judge Ebony Scott
Next Event: Trial Readiness Hearing
September 6, 2024 at 2:00 p.m.

## NOTICE OF INDIVIDUAL DEPOSITIONS OF LESLIE CALDERAS, CHRISTINA ARAUJO, JASON FAUSNAUGHT, JASON SHRENSKY, DANIEL HUERTAS, AND RUSSELL DRAZIN

Please take notice that the Plaintiffs, Developer RE1 LLC ("Developer RE1") and 423 Kennedy St. Holdings, LLC ("423 Kennedy"), by undersigned counsel, will take the depositions of the following persons before an officer duly authorized to administer oaths, commencing at the following times and continuing thereafter until completed or recessed.

| Deponent | Date & Time |
| --- | --- |
| Leslie Calderas | Tuesday, July 9, 2024 at 9:30 a.m. |
| Christina Araujo | Tuesday, July 9, 2024 at 10:30 a.m. |
| Jason Fausnaught | Tuesday, July 9, 2024 at 1:00 p.m. |
| Jason Shrensky | Tuesday, July 9, 2024 at 2:00 p.m. |
| Daniel Huertas | Tuesday, July 9, 2024 at 3:00 p.m. |
| Russell Drazin | Tuesday, July 9, 2024 at 4:00 p.m. |

The depositions will take place at the offices of Greenstein DeLorme & Luchs, P.C., 801 17th Street, N.W., Suite 1000, Washington, D.C. 20006, and will continue day-to-day until completed. The depositions will be recorded by stenographic means and may also be recorded by the Zoom video conferencing platform. The depositions are being taken for the purposes of

discovery and/or for use at trial and for such other purposes as are permitted under applicable law.

>Respectfully submitted,
>
>GREENSTEIN DELORME & LUCHS, P.C.

Dated:  July 3, 2024

/s/ James D. Sadowski
James D. Sadowski (No. 446635)
Alexandria J. Smith (No. 1781067)
801 17th Street, N.W., Suite 1000
Washington, DC  20006
Telephone: (202) 452-1400
Email:   jds@gdllaw.com | ajs@gdllaw.com
*Counsel for Developer RE1, LLC and*
*423 Kennedy St. Holdings, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Individual Depositions was served was served on July 3, 2024 using eFileDC.

/s/ James D. Sadowski
James D. Sadowski

2

4885-5084-5902.v1