Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Defendants*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | |
| Charles Paxton Paret, | Case No. 23-217-ELG |
| Debtor. | Chapter 7 |
| | |
| Developer RE1 LLC, | |
| Plaintiff, | Adv. Case No. 24-10023-ELG |
| v. | (Cases Consolidated) |
| DP Capital LLC, *et al.* | |
| Defendants. | |
| | |
| 423 Kennedy St Holdings LLC, | |
| Plaintiff, | |
| v. | |
| DP Capital LLC, *et al.* | |
| Defendants. | |

### NOTICE OF HEARING ON MOTION FOR PROTECTIVE ORDER

NOTICE IS HEREBY GIVEN that the DP Capital, LLC ("DPCL"), WCP Fund I LLC ("WCP"), Daniel Huertas ("Mr. Huertas"), and Russell Drazin ("Mr. Drazin") (collectively, the

1

"Defendants") have filed a motion seeking a protective order to prohibit the plaintiffs herein from deposing Mr. Drazin. The motion argues that Mr. Drazin should not be deposed because, *inter alia*, (i) he is counsel to DPCL and WCP; (ii) nothing about his ministerial service as trustee under deeds of trust would invite questioning at deposition; and (iii) the pendency of a dispositive motion procedurally precludes his deposition from being taken.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE AUGUST 21, 2024, you must file and serve a written objection to the Motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the Motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for August 28, 2024 at 10:00 AM. The hearing will be held in a hybrid format, in Courtroom 1 at the foregoing address and via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

*[Signature and Certificate of Service on Following Page]*

Respectfully submitted,

Dated: July 8, 2024    By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of July, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

3