7/21/24, 10:43 AM  Register of Actions - 2022-CAB-005935

Case 24-10023-ELG    Doc 13-1    Filed 07/21/24    Entered 07/21/24 23:06:18    Desc
Exhibit Exhibit 1 - Docket Sheet for 2022-CAB-005935    Page 1 of 17

# Civil Actions

# Case Summary

## Case No. 2022-CAB-005935

| | | |
|---|---|---|
| **Developer RE1 LLC v. DP Capital, LLC d/b/a Washington Capital Partners et al.** § § § | Location: | **Civil Actions** |
| | Judicial Officer: | **Scott, Ebony M** |
| | Filed on: | **12/16/2022** |

## Case Information

|  |  |
|---|---|
| Case Type: | General Civil |
| Subtype: | Other - General Civil |
| Case Status: | **07/09/2024**   Closed |
| | 12/16/2022   Open |

### Related Cases
   **Subordinate Cases**
      2023-CAB-004260 (Cases Consolidated)

### Statistical Closures
07/09/2024   Notice of Removal to USDC

## Assignment Information

**Current Case Assignment**
Case Number       2022-CAB-005935
Court             Civil Actions
Date Assigned     12/16/2022
Judicial Officer  Scott, Ebony M

## Party Information

| | | | *Lead Attorneys* |
|---|---|---|---|
| **Plaintiff** | LLC, Developer RE1 | | **Smith, Alexandria J** |
| | 1629 K Street, NW | | *Retained* |
| | | | 202-452-1410(F) |

7/21/24, 10:43 AM                                    Register of Actions - 2022-CAB-005935

Case 24-10023-ELG    Doc 13-1    Filed 07/21/24    Entered 07/21/24 23:06:18    Desc
              Exhibit Exhibit 1 - Docket Sheet for 2022-CAB-005935    Page 2 of 17

|  |  |  |
|---|---|---|
|  | Suite 300<br>Washington DC, DC 20006 | 202-452-1400(W)<br>801 17TH ST NW<br>STE 1000<br>WASHINGTON, DC 20006<br>AJS@GDLLAW.COM |
| **Defendant** | **DP Capital, LLC d/b/a Washington Capital Partners**<br>8401 Greensboro Drive<br>Suite 960<br>McLean, VA 22102 | **Verstandigm, Maurice B.**<br>*Retained*<br>301-576-6885(F)<br>301-444-4600(H)<br>THE VERSTANDIG LAW FIRM, LLC<br>9812 Falls Road, #114-160<br>POTOMAC, MD 20854<br>mac@mbvesq.com |
|  | **Drazin, Russell**<br>4400 Jennifer Street, NW<br>Suite 2<br>Washington DC, DC 20015 | **Verstandigm, Maurice B.**<br>*Retained*<br>301-576-6885(F)<br>301-444-4600(H)<br>THE VERSTANDIG LAW FIRM, LLC<br>9812 Falls Road, #114-160<br>POTOMAC, MD 20854<br>mac@mbvesq.com |
|  | **Huertas, Daniel**<br>909 Chinquapin Road<br>McLean, VA 22102 | **Verstandigm, Maurice B.**<br>*Retained*<br>301-576-6885(F)<br>301-444-4600(H)<br>THE VERSTANDIG LAW FIRM, LLC<br>9812 Falls Road, #114-160<br>POTOMAC, MD 20854<br>mac@mbvesq.com |
|  | **SF NU, LLC** |  |
|  | **WCP Fund I, LLC**<br>2815 Hartland Road<br>Suite 200<br>Falls Church, VA 22043 | **Verstandigm, Maurice B.**<br>*Retained*<br>301-576-6885(F)<br>301-444-4600(H)<br>THE VERSTANDIG LAW FIRM, LLC<br>9812 Falls Road, #114-160 |

|  |  |  |
|---|---|---|
|  |  | POTOMAC, MD 20854 |
|  |  | mac@mbvesq.com |
| **Defendant Counter Plaintiff** | WCP Fund I, LLC<br><br>2815 Hartland Road<br>Suite 200<br>Falls Church, VA 22043 | **Verstandigm, Maurice B.**<br>*Retained*<br>301-576-6885(F)<br>301-444-4600(H)<br>THE VERSTANDIG LAW FIRM, LLC<br>9812 Falls Road, #114-160<br>POTOMAC, MD 20854<br>mac@mbvesq.com |
| **Plaintiff Counter Defendant** | LLC, Developer RE1<br><br>1629 K Street, NW<br>Suite 300<br>Washington DC, DC 20006 | **Smith, Alexandria J**<br>*Retained*<br>202-452-1410(F)<br>202-452-1400(W)<br>801 17TH ST NW<br>STE 1000<br>WASHINGTON, DC 20006<br>AJS@GDLLAW.COM |

## Events and Orders of the Court

12/16/2022  
    Complaint Filed
        *Claim Amount: $0.00*
        Filed by:   Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1

12/23/2022  
    Notice to Court (Praecipe) Filed
        Docketed On:   12/28/2022
        Filed By:   Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1

12/23/2022  
    Motion Filed    (Judicial Officer: Scott, Ebony M)
        Docketed on:   12/23/2022
        Filed by:   Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1

12/27/2022  
    Initial Order [Remote]    (Judicial Officer: Scott, Ebony M)

7/21/24, 10:43 AM  Register of Actions - 2022-CAB-005935

Case 24-10023-ELG    Doc 13-1    Filed 07/21/24    Entered 07/21/24 23:06:18    Desc
Exhibit Exhibit 1 - Docket Sheet for 2022-CAB-005935    Page 4 of 17

| | |
|---|---|
| 12/27/2022 | Notice |

**01/12/2023**

Affidavit/Declaration of Service of Summons and Complaint
    Filed By:   Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1

**01/12/2023**

Amended Complaint Filed
    *First Amended Complaint*
    Filed By:   Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1

**01/12/2023**

Affidavit/Declaration of Service of Summons and Complaint
    Docketed On:   01/17/2023
    Filed By:   Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1
    Served On:   Defendant Drazin, Russell

**01/24/2023**

Reply Filed
    Filed by:   Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1

**01/26/2023**

Motion to Dismiss Filed    (Judicial Officer: Scott, Ebony M)
    *Motion to Dismiss First Amended Complaint*
    Docketed on:   02/17/2023
    Filed by:   Defendant DP Capital, LLC d/b/a Washington Capital Partners;
                Defendant Drazin, Russell;
                Defendant Huertas, Daniel;
                Defendant, Defendant Counter Plaintiff WCP Fund I, LLC

**01/31/2023**

Opposition to Motion Filed
    *Opposition To Plaintiff's Motion For Temporary Restraining Order*
    Docketed on:   02/02/2023
    Filed by:   Defendant DP Capital, LLC d/b/a Washington Capital Partners

**02/09/2023**

Motion to Extend Filed
    Docketed on:   02/09/2023
    Filed by:   Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1

| 02/16/2023 | |
|---|---|
| | Opposition to Motion Filed |
| | *Opposition to Motion to Dismiss* |
| | Docketed on:  02/21/2023 |
| | Filed by:  Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1 |

02/23/2023
Order Granting Motion   (Judicial Officer: Scott, Ebony M)
   *Consent Motion to Extend Deadline for Plaintiff to Respond to the Motion to Dismiss. Entered on docket and copies electronically served 2/23/23. tdk*
   Signed on:  02/23/2023

02/23/2023    Notice

02/28/2023    
   Notice to Court (Praecipe) Filed
      *-Consent Praecipe to Withdraw Motion for Temporary Restraining Order*
      Docketed On:  03/01/2023
      Filed By:  Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1

03/24/2023
   **Remote Initial Scheduling Conference**   (9:30 AM)   (Judicial Officer: Scott, Ebony M)
      **MINUTES - 03/24/2023**
      Held and Completed;
      Journal Entry Details:
      *Courtsmart 219/Webex. Atty. Jim Sadowski Present for plaintiff (remotely). Atty. Verstariding present for defendant (remotely). Motion to Dismiss the 1st Amended Complaint is Denied. Case placed on Track 2 Mediation.;*
         Held and Completed

03/24/2023
Oral Ruling on Written Motion Entered on the Docket   (Judicial Officer: Scott, Ebony M)
   *Motion to Dismiss the 1st Amended Complaint is Denied*

03/29/2023

Track 2 - Mediation Scheduling Order Entered on the Docket   (Judicial Officer: Scott, Ebony M)

03/29/2023    Notice

7/21/24, 10:43 AM                                                                Register of Actions - 2022-CAB-005935

Case 24-10023-ELG    Doc 13-1    Filed 07/21/24    Entered 07/21/24 23:06:18    Desc
Exhibit Exhibit 1 - Docket Sheet for 2022-CAB-005935    Page 6 of 17

04/07/2023  
    Order Sua Sponte Entered on Docket    (Judicial Officer: Scott, Ebony M)
      *Hearing Order*
      Signed on:   04/07/2023

04/07/2023  Notice

06/24/2023  
    Answer to Amended Complaint Filed
      *(Answer and Affirmative Defenses)*
      Docketed On:   06/27/2023
      Filed By:   Defendant DP Capital, LLC d/b/a Washington Capital Partners;
                  Defendant Drazin, Russell;
                  Defendant Huertas, Daniel;
                  Defendant, Defendant Counter Plaintiff WCP Fund I, LLC

07/11/2023
    Motion Filed    (Judicial Officer: Scott, Ebony M)
      *Plaintiff's Opposed Motion to Exceed the Page Limit in an Emergency Motion*
      Docketed on:   07/13/2023
      Filed by:   Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1

07/11/2023

Motion for Temporary Restraining Order Filed    (Judicial Officer: Scott, Ebony M)
  *-Plaintiff's Opposed Emergency Motion for a Temporary Restraining Order to Prevent an Imminent Foreclosure Sale*
  Docketed on:   07/14/2023
  Filed by:   Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1;
            Primary Attorney Sadowski, James D;
            Primary Attorney Smith, Alexandria J

07/13/2023  
    Notice to Court (Praecipe) Filed
      *Praecipe With Update On Pending Motion*
      Docketed On:   07/14/2023
      Filed By:   Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1

07/13/2023  
    Complaint Filed
      Docketed on:   07/17/2023

07/14/2023

Notice to Court (Praecipe) Filed
    *Praecipe Regarding Missing Verification/Affidavit to Emergency Motion*
    Docketed On:   07/14/2023
    Filed By:   Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1

07/17/2023



Opposition to Motion Filed
    *OPPOSITION TO PLAINTIFF'S OPPOSED MOTION FOR TEMPORARY RESTRAINING ORDER TO PREVENT AN IMMINENT FORECLOSURE SALE*
    Docketed on:   07/17/2023
    Filed by:   Defendant DP Capital, LLC d/b/a Washington Capital Partners

07/17/2023



Motion Filed
    *Opposed Motion for Protective Order to Prevent Plaintiff from Deposing Defendants Counsel*
    Docketed on:   07/18/2023
    Filed by:   Defendant, Defendant Counter Plaintiff WCP Fund I, LLC

07/17/2023 

    Notice to Court (Praecipe) Filed
        *Notice of Related Cases*
        Docketed On:   07/18/2023
        Filed By:   Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1

07/17/2023



Notice to Court (Praecipe) Filed
    *Praecipe in Supplement to Opposition to Plaintiffs Opposed Motion for Temporary Restraining Order to Prevent an Imminent Foreclosure Sale*
    Docketed On:   07/18/2023
    Filed By:   Defendant DP Capital, LLC d/b/a Washington Capital Partners;
             Defendant Drazin, Russell;
             Defendant Huertas, Daniel;
             Defendant, Defendant Counter Plaintiff WCP Fund I, LLC

07/17/2023

    Initial Order [Remote]     (Judicial Officer: Lee, Milton C)

07/17/2023 

    Notice

| | | |
|---|---|---|
| 07/17/2023 | | Notice to Court (Praecipe) Filed<br>*Notice of Related Cases*<br>Docketed On: 07/18/2023 |
| 07/18/2023 | | Motion Filed    (Judicial Officer: Lee, Milton C)<br>*Plaintiff's Consent Motion to Exceed the Page Limit in an Emergency Motion*<br>Docketed on: 07/19/2023 |

07/18/2023



Motion for Temporary Restraining Order Filed    (Judicial Officer: Lee, Milton C)
  *Plaintiff's Opposed Emergency Motion for a Temporary Restraining Order to Prevent an Imminent Foreclosure Sale*
  Docketed on: 07/19/2023

07/20/2023



Opposition to Motion Filed
  *Opposition to Plaintiffs Opposed Motion for Temporary Restraining Order to Prevent an Imminent Foreclosure Sale*
  Docketed on: 07/20/2023

| | | |
|---|---|---|
| 07/21/2023 |  | Order Granting    (Judicial Officer: Lee, Milton C)<br>*Order Granting Leave to Exceed Page Limits sent to parties on 7.21.23*<br>Signed on: 07/21/2023 |
| 07/21/2023 | | Notice |
| 07/22/2023 | | Notice to Court (Praecipe) Filed |
| 07/24/2023 | | Order Filed and Entered on Docket    (Judicial Officer: Scott, Ebony M)<br>*Order Setting Motion Hearing*<br>Signed on: 07/24/2023 |
| 07/24/2023 | | Notice |

7/21/24, 10:43 AM                               Register of Actions 2022-CAB-005935

Case 24-10023-ELG    Doc 13-1    Filed 07/21/24    Entered 07/21/24 23:06:18    Desc
Exhibit Exhibit 1 - Docket Sheet for 2022-CAB-005935    Page 9 of 17

07/24/2023

Reply Filed
*Plaintiff's Reply to the Defendants' Opposition to the Opposed Emergency Motion for a Temporary Restraining Order to Prevent an Imminent Foreclosure Sale*
Docketed on:   07/26/2023
Filed by:   Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1

07/24/2023

Order Granting Motion     (Judicial Officer: Lee, Milton C)
*Order Granting Temporary Restraining Order sent to parties on 7.24.23*
Signed on:   07/24/2023

07/24/2023    Notice

07/24/2023

Reply Filed
*Plaintiff's Objection and Response to the Supplement Filed by the Defendants*
Docketed on:   07/25/2023

07/25/2023

**Motion Hearing**   (10:30 AM)
*Held and Completed*

07/25/2023

Exhibit List Filed
*Defendants Exhibit List for July 25, 2023 Hearing*
Docketed on:   07/26/2023
Filed by:   Defendant, Defendant Counter Plaintiff WCP Fund I, LLC;
Primary Attorney Verstandigm, Maurice B.

07/31/2023

Notice to Court (Praecipe) to Enter Appearance Filed
*Notice of Appearance of Attorney Spencer B. Ritchie*
Docketed On:   08/01/2023
Filed By:   Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1

07/31/2023

Opposition to Motion Filed
*OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER*
Docketed on:   08/01/2023
Filed by:   Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1

08/07/2023


Reply Filed
> REPLY TO OPPOSITION TO MOTION FOR PROTECTIVE ORDER TO PREVENT PLAINTIFF FROM DEPOSING DEFENDANTS' COUNSEL
> Docketed on:  08/08/2023
> Filed by:  Defendant, Defendant Counter Plaintiff WCP Fund I, LLC

08/15/2023    
> Order Filed and Entered on Docket    (Judicial Officer: Scott, Ebony M)
> *Hearing Order*
> Signed on:  08/15/2023

08/15/2023    Notice

09/03/2023    
> Answer to Complaint
> Docketed On:  09/05/2023

09/19/2023


Order Granting    (Judicial Officer: Scott, Ebony M)
> *ORDER GRANTING DEFENDANTS' OPPOSED MOTION FOR PROTECTIVE ORDER TO PREVENT PLAINTIFF FROM DEPOSING DEFENDANTS' COUNSEL*
> Signed on:  09/19/2023

09/19/2023    Notice

10/13/2023

Track 2 - Mediation Scheduling Order Entered on the Docket    (Judicial Officer: Lee, Milton C)
> *Track 2 Scheduling Order Issued*

11/06/2023

Order Sua Sponte Entered on Docket    (Judicial Officer: Scott, Ebony M)
> *Setting Status Hearing. Entered on docket and copies electronically served 11/6/23.*
> Signed on:  11/06/2023

11/06/2023    Notice

7/21/24, 10:43 AM                                    Register of Actions - 2022-CAB-005935

Case 24-10023-ELG    Doc 13-1    Filed 07/21/24    Entered 07/21/24 23:06:18    Desc
Exhibit Exhibit 1 - Docket Sheet for 2022-CAB-005935    Page 11 of 17

| | |
|---|---|
| 11/06/2023 |  |
| | Motion to Extend Scheduling Order |
| | *Consent Motion to Modify the Scheduling Order to Allow for Private Mediation* |
| | Docketed on: 11/08/2023 |
| | Filed by: Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1 |

11/09/2023

Order Granting      (Judicial Officer: Scott, Ebony M)

*Consent Motion to Extend the Scheduling Order Deadlines to Allow the Parties to Participate in A Private Mediation. Entered on docket and copies electronically served 11/9/23.*

Signed on:   11/09/2023

11/09/2023     Notice

11/16/2023     

*CANCELED* **Remote Mediation Session (Civil 2 and SC Jury Demand)**    (1:30 PM)

*Mediation Readiness Certificate Not Submitted*

11/17/2023     

Notice to Court (Praecipe) Filed

*NOTICE OF INTENT TO ISSUE SUBPOENA TO MAINSTREET BANK*

Docketed On:   11/17/2023

01/05/2024     

*CANCELED* **Remote Status Hearing**    (10:00 AM)    (Judicial Officer: Scott, Ebony M)

*Vacated*

03/01/2024     

Motion to Extend Scheduling Order

*Consent Motion to Modify the Scheduling Order Deadlines*

Docketed on:   03/05/2024

Filed by:   Defendant DP Capital, LLC d/b/a Washington Capital Partners;
            Defendant Drazin, Russell;
            Defendant Huertas, Daniel;
            Defendant, Defendant Counter Plaintiff WCP Fund I, LLC;
            Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1



7/21/24, 10:43 AM                        Register of Actions - 2022-CAB-005935

Case 24-10023-ELG    Doc 13-1    Filed 07/21/24    Entered 07/21/24 23:06:18    Desc
Exhibit Exhibit 1 - Docket Sheet for 2022-CAB-005935    Page 12 of 17

| | | |
|---|---|---|
| 03/01/2024 | 📄 | |
| | | Motion for Leave of Court Filed |
| | | *Plaintiff's Unopposed Motion for Leave to File a Second Amended Complaint* |
| | | Docketed on:  03/05/2024 |
| | | Filed by:  Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1; Primary Attorney Smith, Alexandria J |
| 03/01/2024 | 📄 | |
| | | Notice to Court (Praecipe) to Dismiss Filed |
| | | *Stipulation of Dismissal of Defendant SF NU, LLC Only* |
| | | Docketed on:  03/04/2024 |
| 03/01/2024 | 📄 | |
| | | Motion to Extend Scheduling Order    (Judicial Officer: Lee, Milton C) |
| | | *Consent Motion to Modify the Scheduling Order Deadlines* |
| | | Docketed on:  03/04/2024 |
| 03/05/2024 | 📄 | |
| | | Order Granting Motion    (Judicial Officer: Lee, Milton C) |
| | | *Order Granting Consent Mot to Ext SO, order sent to parties.* |
| | | Signed on:  03/04/2024 |
| 03/05/2024 | Notice | |
| 03/07/2024 | 📄 | |
| | | Order Granting    (Judicial Officer: Scott, Ebony M) |
| | | *Consent Motion to Extend the Scheduling Order Deadlines.* |
| | | Signed on:  03/07/2024 |
| 03/07/2024 | Notice | |
| 03/07/2024 | 📄 | |
| | | Order Granting    (Judicial Officer: Scott, Ebony M) |
| | | *Plaintiff's Unopposed Motion for Leave to File a Second Amended Complaint.* |
| | | Signed on:  03/07/2024 |
| 03/07/2024 | Notice | |
| 03/07/2024 | 📄 | |
| | | Amended Complaint Filed |
| | | *Second Amended Complaint* |
| | | Docketed On:  03/14/2024 |
| | | Filed By:  Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1 |

03/08/2024

Witness List Filed
    Docketed on:   03/12/2024
    Filed by:   Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1

03/08/2024

Witness List Filed
    Docketed on:   03/12/2024
    Filed by:   Defendant DP Capital, LLC d/b/a Washington Capital Partners

03/13/2024

Initial Summons Requested as to
    Party:   Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1

03/15/2024

Witness List Filed
    Docketed on:   03/19/2024
    Filed by:   Primary Attorney Sadowski, James D

03/15/2024

Witness List Filed
*Defendants' Disclosure of Fact Witnesses*
    Docketed on:   03/19/2024
    Filed by:   Primary Attorney Verstandigm, Maurice B.

04/02/2024

Answer with Counterclaim Filed
*Answer, Affirmative Defenses, and Counterclaim*
    Docketed On:   04/03/2024
    Filed By:   Defendant, Defendant Counter Plaintiff WCP Fund I, LLC

04/11/2024

Affidavit/Declaration of Service of Summons and Complaint

*Served: SF NU, LLC, c/o Jason Shrensky. Personal Service*
    Docketed On:   04/11/2024
    Filed By:   Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1
    Served On:   Defendant DP Capital, LLC d/b/a Washington Capital Partners;
                    Defendant Drazin, Russell;
                    Defendant Huertas, Daniel;
                    Defendant, Defendant Counter Plaintiff WCP Fund I, LLC

04/11/2024


Affidavit/Declaration of Service of Summons and Complaint
  *Served: SF NU, LLC c/o Registered Agents, Inc. Personal Service on Registered Agent.*
  Docketed On:   04/11/2024
  Filed By:    Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1
  Served On:   Defendant DP Capital, LLC d/b/a Washington Capital Partners;
         Defendant Drazin, Russell;
         Defendant Huertas, Daniel;
         Defendant, Defendant Counter Plaintiff WCP Fund I, LLC

04/21/2024   

       Motion to Dismiss Filed     (Judicial Officer: Scott, Ebony M)
         Docketed on:   04/22/2024
         Filed by:   Defendant SF NU, LLC

04/23/2024   

       Motion to Dismiss Filed     (Judicial Officer: Scott, Ebony M)
         *Motion to Dismiss Defendant WCP Fund I LLC's Counterclaim*
         Docketed on:   04/24/2024
         Filed by:   Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1

05/06/2024   

       Opposition to Motion Filed
         *Opposition to Defendant SF NU, LLC's Motion to Dismiss*
         Docketed on:   05/07/2024
         Filed by:   Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1

05/08/2024   

       Opposition to Motion Filed
         *Opposition to Motion to Dismiss Counterclaim*
         Docketed on:   05/08/2024
         Filed by:   Defendant, Defendant Counter Plaintiff WCP Fund I, LLC

05/15/2024


Reply Filed
  *Reply In Support of Plaintiff Developer REI LLC's Motion to Dismiss Defendant WCP Fund I,
  LLC's Counterclaim*
  Docketed on:   05/16/2024
  Filed by:   Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1

06/07/2024


Motion to Consolidate Filed     (Judicial Officer: Scott, Ebony M)
  *Plaintiffs Developer RE1. LLC and 423 Kennedy St Holdings, LLC'S Consent Motion to Consolidate and to Modify Scheduling Order*
  Docketed on:   06/07/2024
  Filed by:   Plaintiff, Plaintiff Counter Defendant LLC, Developer RE1;
       Primary Attorney Smith, Alexandria J

06/07/2024


Motion to Consolidate Filed     (Judicial Officer: Scott, Ebony M)
  *Plaintiffs Developer REI, LLC and 423 Kennedy St Holdings, LLC's Consent Motion to Consolidate and to Modify Scheduling Order*
  Docketed on:   06/07/2024

06/11/2024


Order Granting Motion to Consolidate
  *Plaintiffs Developer RE1, LLC and 423 Kennedy St Holdings, LLC's Consent Motion to Consolidate and to Modify Scheduling Order*

06/11/2024    Notice

06/11/2024


Order Granting     (Judicial Officer: Scott, Ebony M)
  *Plaintiffs Developer RE1, LLC and 423 Kennedy St Holdings, LLC's Consent Motion to Consolidate and to Modify Scheduling Order*
  Signed on:   06/11/2024

06/11/2024    Notice

06/26/2024    
    Motion Filed    (Judicial Officer: Scott, Ebony M)
      */Motion to Quash Subpoena*
      Docketed on:   06/27/2024
      Filed by:   Defendant Huertas, Daniel

| | | |
|---|---|---|
| 07/04/2024 |  | |
| | Notice of Removal to US District Court | |
| |     Docketed on:  07/05/2024 | |
| |     Party:  Defendant DP Capital, LLC d/b/a Washington Capital Partners; | |
| |             Defendant Drazin, Russell; | |
| |             Defendant Huertas, Daniel; | |
| |             Defendant SF NU, LLC; | |
| |             Defendant, Defendant Counter Plaintiff WCP Fund I, LLC | |
| 07/09/2024 |  | |
| | Order Sua Sponte Entered on Docket    (Judicial Officer: Scott, Ebony M) | |
| |     *ORDER SUA SPONTE CLOSING CASE PER THE REMOVAL TO US DISTRICT COURT* | |
| |     Signed on:  07/09/2024 | |
| 07/09/2024 | Notice | |
| 09/06/2024 |  | |
| | *CANCELED* **Trial Readiness Hearing**  (2:00 PM)  (Judicial Officer: Scott, Ebony M) | |
| |     *Vacated* | |
| 09/09/2024 | | |
| | *CANCELED* **Jury Trial**  (9:30 AM)  (Judicial Officer: Scott, Ebony M) | |
| |     *Vacated* | |

## Financial Information

| | |
|---|---:|
| **Defendant**    Huertas, Daniel | |
| Total Financial Assessment | 20.00 |
| Total Payments and Credits | 20.00 |
| **Balance Due as of 07/21/2024** | **0.00** |
| **Defendant**    SF NU, LLC | |
| Total Financial Assessment | 20.00 |
| Total Payments and Credits | 20.00 |
| **Balance Due as of 07/21/2024** | **0.00** |
| **Defendant**    WCP Fund I, LLC | |
| Total Financial Assessment | 60.00 |
| Total Payments and Credits | 60.00 |
| **Balance Due as of 07/21/2024** | **0.00** |
| **Plaintiff**    LLC, Developer RE1 | |
| Total Financial Assessment | 300.00 |

7/21/24, 10:43 PM                                Register of Actions - 2022-CAB-005935

Case 24-10023-ELG    Doc 13-1    Filed 07/21/24    Entered 07/21/24 23:06:18    Desc
Exhibit Exhibit 1 - Docket Sheet for 2022-CAB-005935    Page 17 of 17

| | |
|---|---:|
| Total Payments and Credits | 300.00 |
| **Balance Due as of 07/21/2024** | **0.00** |