# Civil Actions

# Case Summary

## Case No. 2023-CAB-004260

| | | |
|---|---|---|
| **423 Kennedy St Holdings, LLC v. DP Capital LLC et al.** § § § | Location: | **Civil Actions** |
| | Judicial Officer: | **Scott, Ebony M** |
| | Filed on: | **07/13/2023** |

## Case Information

|  |  |
|---|---|
| Case Type: | Contract |
| Subtype: | Breach of Contract |
| Case Status: | **07/09/2024** **Closed** |
| | 07/13/2023 Open |

### Related Cases
**Lead Case**
  2022-CAB-005935 (Cases Consolidated)

### Statistical Closures
07/09/2024   Notice of Removal to USDC

## Assignment Information

**Current Case Assignment**
Case Number      2023-CAB-004260
Court            Civil Actions
Date Assigned    06/12/2024
Judicial Officer Scott, Ebony M

**Previous Case Assignments**
Case Number      2023-CAB-004260
Court            Civil Actions
Date Assigned    07/13/2023
Judicial Officer Lee, Milton C
Reason           Case Transferred Because of Consolidation

7/21/24, 10:44 PM                                  Register of Actions

Case 24-10023-ELG    Doc 13-2    Filed 07/21/24    Entered 07/21/24 23:06:18    Desc
              Exhibit Exhibit 2 - Docket Sheet for 2023-CAB-004260    Page 2 of 10

## Party Information

|  |  | Lead Attorneys |
|---|---|---|
| **Plaintiff** | **423 Kennedy St Holdings, LLC**<br>1629 K ST Northwest<br>STE 300<br>Washington, DC 20006 | **Sadowski, James D**<br>*Retained*<br>202-452-1410(F)<br>202-452-1400(W)<br>jds@gdllaw.com |
| **Defendant** | **DP Capital LLC**<br>*Doing Business As* Washington Capital Partners<br>8401 Greensboro DR<br>STE 960<br>McLean, VA 22102 | **Verstandigm, Maurice B.**<br>*Retained*<br>301-576-6885(F)<br>301-444-4600(H)<br>THE VERSTANDIG LAW FIRM, LLC<br>9812 Falls Road, #114-160<br>POTOMAC, MD 20854<br>mac@mbvesq.com |
|  | **Drazin, Russell S.**<br>4400 Jenifer ST Northwest<br>STE 2<br>Washington, DC 20015 | **Verstandigm, Maurice B.**<br>*Retained*<br>301-576-6885(F)<br>301-444-4600(H)<br>THE VERSTANDIG LAW FIRM, LLC<br>9812 Falls Road, #114-160<br>POTOMAC, MD 20854<br>mac@mbvesq.com |
|  | **Huertas, Daniel**<br>909 Chinquapin RD<br>McLean, VA 22102 | **Verstandigm, Maurice B.**<br>*Retained*<br>301-576-6885(F)<br>301-444-4600(H)<br>THE VERSTANDIG LAW FIRM, LLC<br>9812 Falls Road, #114-160<br>POTOMAC, MD 20854<br>mac@mbvesq.com |
|  | **WCP Fund I, LLC**<br>2815 Hartland RD<br>STE 200<br>Falls Church, VA 22043 | **Verstandigm, Maurice B.**<br>*Retained*<br>301-576-6885(F)<br>301-444-4600(H) |

THE VERSTANDIG LAW FIRM, LLC
9812 Falls Road, #114-160
POTOMAC, MD 20854
mac@mbvesq.com

## Events and Orders of the Court

07/13/2023
Complaint Filed
    Docketed on:  07/17/2023
    Filed by:  Plaintiff 423 Kennedy St Holdings, LLC

07/13/2023
Complaint Filed
    Docketed on:  07/17/2023

07/17/2023
Initial Order [Remote]    (Judicial Officer: Lee, Milton C)

07/17/2023
Notice

07/17/2023
Notice to Court (Praecipe) Filed
    *Notice of Related Cases*
    Docketed On:  07/18/2023
    Filed By:  Plaintiff 423 Kennedy St Holdings, LLC

07/17/2023
Initial Order [Remote]    (Judicial Officer: Lee, Milton C)

07/17/2023
Notice

07/17/2023
Notice to Court (Praecipe) Filed
    *Notice of Related Cases*
    Docketed On:  07/18/2023

07/18/2023
Motion Filed    (Judicial Officer: Lee, Milton C)
    *Plaintiff's Consent Motion to Exceed the Page Limit in an Emergency Motion*
    Docketed on:  07/19/2023
    Filed by:  Plaintiff 423 Kennedy St Holdings, LLC

7/21/24, 10:44 AM                                    Register of Actions - 2023-CAB-004260

Case 24-10023-ELG    Doc 13-2    Filed 07/21/24    Entered 07/21/24 23:06:18    Desc
              Exhibit Exhibit 2 - Docket Sheet for 2023-CAB-004260    Page 4 of 10

07/18/2023


Motion for Temporary Restraining Order Filed    (Judicial Officer: Lee, Milton C)
   *Plaintiff's Opposed Emergency Motion for a Temporary Restraining Order to Prevent an Imminent Foreclosure Sale*
   Docketed on:   07/19/2023
   Filed by:   Plaintiff 423 Kennedy St Holdings, LLC


07/18/2023       

       Motion Filed     (Judicial Officer: Lee, Milton C)
         *Plaintiff's Consent Motion to Exceed the Page Limit in an Emergency Motion*
         Docketed on:   07/19/2023


07/18/2023


Motion for Temporary Restraining Order Filed    (Judicial Officer: Lee, Milton C)
   *Plaintiff's Opposed Emergency Motion for a Temporary Restraining Order to Prevent an Imminent Foreclosure Sale*
   Docketed on:   07/19/2023


07/20/2023


Opposition to Motion Filed
   *Opposition to Plaintiffs Opposed Motion for Temporary Restraining Order to Prevent an Imminent Foreclosure Sale*
   Docketed on:   07/20/2023
   Filed by:   Defendant DP Capital LLC;
              Defendant Drazin, Russell S.;
              Defendant Huertas, Daniel;
              Defendant WCP Fund I, LLC


07/20/2023


Opposition to Motion Filed
   *Opposition to Plaintiffs Opposed Motion for Temporary Restraining Order to Prevent an Imminent Foreclosure Sale*
   Docketed on:   07/20/2023

7/21/24, 10:44 AM                                                      Register of Actions - 2023-CAB-004260

Case 24-10023-ELG    Doc 13-2    Filed 07/21/24    Entered 07/21/24 23:06:18    Desc
Exhibit Exhibit 2 - Docket Sheet for 2023-CAB-004260    Page 5 of 10

| | |
|---|---|
| 07/21/2023 |  **Temporary Restraining Order- Further Hearing** (1:30 PM) (Judicial Officer: Lee, Milton C)<br>**MINUTES - 07/21/2023**<br>Held and Completed;<br>Journal Entry Details:<br>*Courtsmart 318/webex REMOTE. Atty. Sadowski and Smith present on behalf of pltf. Atty. Verstandig present on behalf of defts, DP Capital LLC, Russell S. Drazin, Daniel Huertas and WCP Fund I, LLC. Deft, SF NU, LLC not present but no action taken against them at this time. After hearing arguments from both counsels on pltf's motion for temporary restraining order, the court takes this matter under advisement. Order to be issued by chambers and any future dates to be set by chambers. CY;*<br>Parties Present:   Primary Attorney   Smith, Alexandria J<br>                    Primary Attorney   Sadowski, James D<br>                    Defendant   DP Capital LLC<br>                    Defendant   WCP Fund I, LLC<br>                    Defendant   Huertas, Daniel<br>                    Defendant   Drazin, Russell S.<br>Held and Completed |
| 07/21/2023 | <br>Order Granting (Judicial Officer: Lee, Milton C)<br>*Order Granting Leave to Exceed Page Limits sent to parties on 7.21.23*<br>Signed on: 07/21/2023 |
| 07/21/2023 | Notice |
| 07/21/2023 | <br>Order Granting (Judicial Officer: Lee, Milton C)<br>*Order Granting Leave to Exceed Page Limits sent to parties on 7.21.23*<br>Signed on: 07/21/2023 |
| 07/21/2023 | Notice |
| 07/22/2023 | <br>Notice to Court (Praecipe) Filed<br>  Filed By:   Defendant DP Capital LLC;<br>                Defendant Drazin, Russell S.;<br>                Defendant Huertas, Daniel;<br>                Defendant WCP Fund I, LLC |
| 07/22/2023 | <br>Notice to Court (Praecipe) Filed |

| | | |
|---|---|---|
| 07/24/2023 | 📄 | |
| | Order Granting Motion    (Judicial Officer: Lee, Milton C) | |
| | *Order Granting Temporary Restraining Order sent to parties on 7.24.23*<br>Signed on:   07/24/2023 | |
| 07/24/2023 | Notice | |
| 07/24/2023 | 📄 | |
| | Reply Filed | |
| | *Plaintiff's Objection and Response to the Supplement Filed by the Defendants*<br>Docketed on:   07/25/2023<br>Filed by:   Plaintiff 423 Kennedy St Holdings, LLC | |
| 07/24/2023 | 📄 | |
| | Order Granting Motion    (Judicial Officer: Lee, Milton C) | |
| | *Order Granting Temporary Restraining Order sent to parties on 7.24.23*<br>Signed on:   07/24/2023 | |
| 07/24/2023 | Notice | |
| 07/24/2023 | 📄 | |
| | Reply Filed | |
| | *Plaintiff's Objection and Response to the Supplement Filed by the Defendants*<br>Docketed on:   07/25/2023 | |
| 09/03/2023 | 📄 | |
| | Answer to Complaint | |
| | Docketed On:   09/05/2023<br>Filed By:   Defendant DP Capital LLC;<br>　　　　　　Defendant Drazin, Russell S.;<br>　　　　　　Defendant Huertas, Daniel;<br>　　　　　　Defendant WCP Fund I, LLC | |
| 09/03/2023 | 📄 | |
| | Answer to Complaint | |
| | Docketed On:   09/05/2023 | |

10/13/2023 

**Remote Initial Scheduling Conference**  (9:30 AM)  (Judicial Officer: Lee, Milton C)

**MINUTES - 10/13/2023**
Held and Completed;
Journal Entry Details:
*Courtsmart 318/webex REMOTE. Atty. Sadowski present on behalf of pltf. Atty. Verstandigm present on behalf of defts. Counsels jointly agree to dismiss deft, SF NU, LLC as a party in this case. Case placed on track 2 as requested by parties. Scheduling order to be issued by chambers and emailed/mailed to counsels. CY;*
Parties Present:   Primary Attorney   Verstandigm, Maurice B.
                   Primary Attorney   Sadowski, James D
    Held and Completed

10/13/2023 

Track 2 - Mediation Scheduling Order Entered on the Docket   (Judicial Officer: Lee, Milton C)
    Track 2 Scheduling Order Issued

10/13/2023 

Track 2 - Mediation Scheduling Order Entered on the Docket   (Judicial Officer: Lee, Milton C)
    Track 2 Scheduling Order Issued

11/17/2023  

Notice to Court (Praecipe) Filed
    *NOTICE OF INTENT TO ISSUE SUBPOENA TO MAINSTREET BANK*
    Docketed On:   11/17/2023
    Filed By:   Defendant DP Capital LLC

11/17/2023  

Notice to Court (Praecipe) Filed
    *NOTICE OF INTENT TO ISSUE SUBPOENA TO MAINSTREET BANK*
    Docketed On:   11/17/2023

03/01/2024  

Notice to Court (Praecipe) to Dismiss Filed
    *Stipulation of Dismissal of Defendant SF NU, LLC Only*
    Docketed on:   03/04/2024
    Filed by:   Plaintiff 423 Kennedy St Holdings, LLC

03/01/2024
Motion to Extend Scheduling Order    (Judicial Officer: Lee, Milton C)
*Consent Motion to Modify the Scheduling Order Deadlines*
Docketed on:   03/04/2024
Filed by:   Plaintiff 423 Kennedy St Holdings, LLC

03/01/2024
Notice to Court (Praecipe) to Dismiss Filed
*Stipulation of Dismissal of Defendant SF NU, LLC Only*
Docketed on:   03/04/2024

03/01/2024
Motion to Extend Scheduling Order    (Judicial Officer: Lee, Milton C)
*Consent Motion to Modify the Scheduling Order Deadlines*
Docketed on:   03/04/2024

03/05/2024
Order Granting Motion    (Judicial Officer: Lee, Milton C)
*Order Granting Consent Mot to Ext SO, order sent to parties.*
Signed on:   03/04/2024

03/05/2024   Notice

03/05/2024
Order Granting Motion    (Judicial Officer: Lee, Milton C)
*Order Granting Consent Mot to Ext SO, order sent to parties.*
Signed on:   03/04/2024

03/05/2024   Notice

03/15/2024
Witness List Filed
Docketed on:   03/19/2024
Filed by:   Plaintiff 423 Kennedy St Holdings, LLC;
           Primary Attorney Sadowski, James D

03/15/2024
Witness List Filed
*Defendants' Disclosure of Fact Witnesses*
Docketed on:   03/19/2024
Filed by:   Defendant DP Capital LLC;
           Defendant Drazin, Russell S.;
           Defendant Huertas, Daniel;
           Defendant WCP Fund I, LLC;
           Primary Attorney Verstandigm, Maurice B.

03/15/2024  
   Witness List Filed
      Docketed on:   03/19/2024
      Filed by:   Primary Attorney Sadowski, James D

03/15/2024  
   Witness List Filed
      *Defendants' Disclosure of Fact Witnesses*
      Docketed on:   03/19/2024
      Filed by:   Primary Attorney Verstandigm, Maurice B.

05/29/2024
   *CANCELED* **Remote Mediation Session (Civil 2 and SC Jury Demand)**  (9:00 AM)
      *Request of Party/Parties*

06/07/2024

Motion to Consolidate Filed     (Judicial Officer: Scott, Ebony M)
   *Plaintiffs Developer REI, LLC and 423 Kennedy St Holdings, LLC's Consent Motion to Consolidate and to Modify Scheduling Order*
   Docketed on:   06/07/2024
   Filed by:   Plaintiff 423 Kennedy St Holdings, LLC

06/07/2024

Motion to Consolidate Filed     (Judicial Officer: Scott, Ebony M)
   *Plaintiffs Developer REI, LLC and 423 Kennedy St Holdings, LLC's Consent Motion to Consolidate and to Modify Scheduling Order*
   Docketed on:   06/07/2024

06/11/2024

Order Granting     (Judicial Officer: Scott, Ebony M)
   *Plaintiffs Developer RE1, LLC and 423 Kennedy St Holdings, LLC's Consent Motion to Consolidate and to Modify Scheduling Order*
   Signed on:   06/11/2024

06/11/2024     Notice

06/11/2024



Order Granting Motion to Consolidate
   *Plaintiffs Developer RE1, LLC and 423 Kennedy St Holdings, LLC's Consent Motion to Consolidate and to Modify Scheduling Order*

06/11/2024    Notice

06/11/2024



Order Granting      (Judicial Officer: Scott, Ebony M)
   *Plaintiffs Developer RE1, LLC and 423 Kennedy St Holdings, LLC's Consent Motion to Consolidate and to Modify Scheduling Order*
   Signed on:   06/11/2024

06/11/2024    Notice

09/06/2024
   *CANCELED* **Trial Readiness Hearing**   (2:00 PM)   (Judicial Officer: Scott, Ebony M)
      *Vacated*

09/09/2024
   *CANCELED* **Jury Trial**   (9:30 AM)   (Judicial Officer: Scott, Ebony M)
      *Vacated*

09/17/2024
   *CANCELED* **Remote Mediation Session (Civil 2 and SC Jury Demand)**   (9:00 AM)
      *Vacated*

## Financial Information

   **Plaintiff**    423 Kennedy St Holdings, LLC
   Total Financial Assessment                                   200.00
   Total Payments and Credits                                   200.00
   **Balance Due as of 07/21/2024**                             **0.00**