GREENSTEIN DELORME & LUCHS, P.C.
James D. Sadowski (DC Bar #446635)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400; Fax (202) 452-1410
Email: jds@gdllaw.com; ajs@gdllaw.com
*Counsel for Plaintiffs Developer RE1 LLC and*
  *423 Kennedy St Holdings LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>CHARLES PAXTON PARET<br><br>   *Debtor.* | Case No. 23-00217-ELG<br><br>Chapter 7 |
| DEVELOPER RE1 LLC,<br><br>   *Plaintiff,*<br>v.<br><br>DP CAPITAL LLC D/B/A WASHINGTON CAPITAL PARTNERS, *ET AL.*,<br><br>   *Defendants.* | Adv. Proc. No. 24-10023-ELG<br>(D.C. Superior Court Consolidated Case No. 2022-CAB-005935) |
| 423 KENNEDY ST HOLDINGS LLC,<br><br>   *Plaintiff,*<br>v.<br><br>DP CAPITAL LLC D/B/A WASHINGTON CAPITAL PARTNERS, *ET AL.,*<br><br>   *Defendants.* | |

**PLAINTIFFS' OMNIBUS OBJECTION TO MOTIONS FILED AND NOTICED BY THE DEFENDANTS AFTER AN IMPROPER REMOVAL OF NON-CORE PROCEEDINGS**

The Plaintiffs, Developer RE1 LLC ("Developer RE1") and 423 Kennedy St Holdings

LLC ("423 Kennedy") (collectively, "Plaintiffs"), file this omnibus Objection to multiple

4853-8398-7666.v1

motions that were noticed and filed by the Defendants after they improperly removed a consolidated case from D.C. Superior Court to this Court. This Objection applies to the following motions and hearing notices:

- The Notice of Hearing on Motion to Dismiss filed by SF NU, LLC on July 4, 2024 (Dkt. No. 3);

- The Notice of Deadline to File and Serve Objections to Motion to Quash Subpoena and Notice of Hearing Thereupon filed by Defendant Daniel Huertas on July 4, 2024 (Dkt. No. 4);

- The Motion to Extend Scheduling Order filed by the Defendant SF NU, LLC on July 6, 2024 (Dkt. Nos. 5 and 6);

- The Motion for Summary Judgment on Claims Against Russell Drazin and Notice of Hearing filed by Defendant Russell Drazin on July 7, 2024 (Dkt. Nos. 7 and 8); and

- The Motion for Protective Order and Notice of Hearing filed on July 8, 2024 by DP Capital, LLC, WCP Fund I, LLC, Daniel Huertas, and Russell Drazin on July 8, 2024 (Dkt. No. 9).

<u>The Legal Basis for the Omnibus Objection</u>

1. The Defendants improperly removed this case as noted in the Plaintiffs' Statement of No Consent to Final Orders or Judgment filed on July 18, 2024 (Dkt. No. 12) and in the Plaintiffs' Motion for Remand and to Suspend Defendants' Motions, Hearings, and Related Response Deadlines filed on July 21, 2014 (Dkt. No. 13) ("Motion for Remand"), which are incorporated by reference.

2. This case should be remanded to the D.C. Superior Court because removal of a consolidated case from the D.C. Superior Court was untimely under Fed. R. Bankr. P. 9027(a)(2), and because both the mandatory and the permissive abstention doctrines apply and support the Plaintiffs' request to remand this case to the D.C. Superior Court. *See generally* Motion for Remand (Dkt. No. 13).

3. This Court should not be hearing or deciding any of the Defendants' motions until after a decision is made on the Motion for Remand.

4. A bankruptcy judge may resolve non-core proceedings only if the parties consent. *See* 28 U.S.C. § 157(c)(1)-(2). The Plaintiffs do not consent to this Court resolving what are clearly non-core proceedings that the Defendants are attempting to forum shop to this Court before the Court has had any chance to determine whether it even has jurisdiction, or whether it should abstain from hearing this case for other reasons.

For these reasons, and for any reasons that may be advanced at the hearing on July 23, 2024, the Plaintiffs object to this Court deciding non-core proceedings in an improperly removed case. The Court should refrain from considering any of the Defendants' motions until after the Motion for Remand is decided.

                                                Respectfully submitted,

                                                GREENSTEIN DELORME & LUCHS, P.C.

Dated: July 22, 2024                /s/ James D. Sadowski
                                                James D. Sadowski (DC Bar #446635)
                                                Alexandria J. Smith (DC Bar #1781067)
                                                801 17th Street, N.W., Suite 1000
                                                Washington, D.C. 20006
                                                Phone: (202) 452-1400; Fax: (202) 452-1410
                                                Emails: jds@gdllaw.com; ajs@gdllaw.com
                                                *Counsel for Plaintiffs Developer RE1 LLC*
                                                  *and 423 Kennedy St. Holdings LLC*

4853-8398-7666.v1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of July, 2024, a true copy of the foregoing Plaintiffs' Omnibus Objection to Motions and Hearing Notices Filed After the Defendants' Improper Removal of Non-Core Proceedings was served electronically and a Notice of Electronic filing should be sent to all persons receiving notices via the Court's CM/ECF system.

/s/ James D. Sadowski
James D. Sadowski