# EXHIBIT 1

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **DEVELOPER RE1 LLC,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**DP CAPITAL, LLC d/b/a WASHINGTON CAPITAL PARTNERS,** *et al.*,<br><br>　　Defendants. | Case No.　　2022-CAB-005935<br><br>Judge Ebony M. Scott<br><br>Next Court Event: Mediation<br>November 16, 2023 at 1:30 p.m. |

### ORDER

　　This matter was before the Court on March 24, 2023 for a Scheduling Conference Hearing. At the hearing, the Court denied Defendants' Motion to Dismiss First Amended Complaint, filed on January 26, 2023, and the Court placed the matter on a Track 2 Scheduling Order.

　　Accordingly, on this **7th day of April, 2023**, it is hereby:

　　**ORDERED** that Defendants' Motion to Dismiss First Amended Complaint is **DENIED**; and it is further

　　**ORDERED** that this matter is placed on a Track 2 Scheduling Order, which shall issue under separate Order.

　　**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　*[signature: Ebony M. Scott]*
　　　　　　　　　　　　　　　　　　　　　　**Associate Judge Ebony M. Scott**
　　　　　　　　　　　　　　　　　　　　　　*(Signed in Chambers)*

**Copies via Odyssey to**:

James D. Sadowski, Esq.
jds@gdllaw.com
*Counsel for Plaintiff*

Maurice B. Verstandigm, Esq.
mac@mbvesq.com
*Counsel for Defendants*