The order below is hereby signed.

Signed: January 28 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>　　Charles Paxton Paret,<br>　　　　Debtor. | Case No. 23-00217-ELG<br>Chapter 7 |
| Developer RE1 LLC,<br>　　　　Plaintiff<br><br>　　　　v.<br><br>DP Capital LLC, *et al.*,<br>　　　　Defendants | Adv. Pro. No. 24-10023-ELG<br>(Cases Consolidated) |
| 423 Kennedy St Holdings LLC,<br>　　　　Plaintiff<br><br>　　　　v.<br><br>DP Capital, LLC, *et al.*,<br>　　　　Defendants | |

**ORDER GRANTING DEFENDANT SF NU, LLC'S MOTION TO
DISMISS WITH LEAVE TO AMEND AND DENYING PLAINTIFF
DEVELOPER RE1 LLC'S MOTION TO DISMISS DEFENDANT WCP
FUND I LLC'S COUNTERCLAIM WITHOUT PREJUDICE**

The Court has before it the *Motion to Dismiss* (ECF No. 1-2, p. 1646[1]) (the "Motion to Dismiss") filed by SF NU, LLC (the "Defendant") and the *Motion to Dismiss Defendant WCP Fund I LLC's Counterclaim* (ECF No. 1-2, p. 1655) (the "Motion to Dismiss Counterclaim" and, together with the Motion to Dismiss, the "Motions") filed by Developer RE1 LLC (the "Plaintiff"), and the responses filed thereto. The Court held a hearing on both Motions on January 28, 2024 (the "Hearing"). Upon consideration of the Motions, the responses, the arguments of the parties at the Hearing, and for the reasons stated on the record at the Hearing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1) The *Motion to Dismiss* (ECF No. 1-2, p. 1646) is **GRANTED**, with leave to amend on or before February 25, 2025. Should a third amended complaint not be filed by February 25, 2025, the case shall be dismissed without further order of this Court.

2) The *Motion to Dismiss Counterclaim* (ECF No. 1-2, p. 1655) is **DENIED**, without prejudice.

3) The Defendants shall have fourteen (14) days after filing of any amended complaint to file an answer or other responsive pleading.

4) A scheduling conference shall be held on April 2, 2025 at 10:00 a.m. by Zoom for government. Parties should contact Gunn_Hearings@dcb.uscourts.gov for Zoom instructions and familiarize themselves with General Order 2024-03, *Order Establishing Hearing Protocols Before Judge Gunn*.

[signed and dated above]

---

[1] The Motion to Dismiss and Motion to Dismiss Counterclaim were originally filed in the Superior Court for the District of Columbia prior to the removal of this matter to this Court and were docketed herein as part of the transfer of the record as part of Exhibit B to the Notice of Removal found at ECF No. 1.

Copy to: All counsel of record.