The order below is hereby signed.

Signed: February 11 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| Charles Paxton Paret, | ) Case No. 23-217-ELG |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |
| Developer RE1 LLC, | ) |
| | ) Adv. Case No. 24-10023-ELG |
| Plaintiff, | ) |
| | ) (Cases Consolidated) |
| v. | ) |
| | ) |
| DP Capital LLC, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |
| 423 Kennedy St Holdings LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DP Capital LLC, *et al.* | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER DENYING MOTION TO REMAND</u>**

1

Upon review of the Motion for Remand (the "Motion," as found at DE #13) filed by Developer RE1 LLC and 423 Kennedy St Holdings LLC, the opposition of DP Capital, LLC, WCP Fund I LLC, SF NU, LLC, Daniel Huertas, Russell Drazin and JPK NewCo LLC, debtor-in-possession thereto (the "Opposition," as found at DE #20), arguments adduced at a hearing thereupon, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, DENIED WITHOUT PREJUDICE.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Defendants*
*and Special Counsel for*
*JPK NewCo, LLC*

2

United States Bankruptcy Court

District of Columbia

Developer RE1 LLC,
    Plaintiff

Adv. Proc. No. 24-10023-ELG

WCP Fund I LLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2
Date Rcvd: Feb 11, 2025     Form ID: pdf001     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + 423 Kennedy St Holdings LLC, 1629 K Street, NW, Suite 300, Washington, DC 20006-1631 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Feb 11 2025 22:03:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandria Jean Smith | on behalf of Plaintiff Developer RE1 LLC ajs@gdllaw.com rwl@gdllaw.com |
| Alexandria Jean Smith | on behalf of Plaintiff 423 Kennedy St Holdings LLC ajs@gdllaw.com rwl@gdllaw.com |
| James D. Sadowski | on behalf of Plaintiff Developer RE1 LLC jds@gdllaw.com mer@gdllaw.com |

District/off: 0090-1 | User: admin | Page 2 of 2
Date Rcvd: Feb 11, 2025 | Form ID: pdf001 | Total Noticed: 2

James D. Sadowski
    on behalf of Plaintiff 423 Kennedy St Holdings LLC jds@gdllaw.com  mer@gdllaw.com

Maurice Belmont VerStandig
    on behalf of Defendant SF NU  LLC mac@mbvesq.com,
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Defendant WCP Fund I LLC mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Defendant Russell Drazin mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Defendant Daniel Huertas mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Interested Party JPK NewCo LLC mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Defendant DP Capital LLC mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

TOTAL: 10