UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>CHARLES PAXTON PARET,<br><br>*Debtor.* | Case No. 23-00217-ELG<br><br>Chapter 7 |
| DEVELOPER RE1 LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DP CAPITAL LLC; RUSSELL DRAZIN; DANIEL HUERTAS; SF NU, LLC; and WCP FUND I LLC,<br><br>*Defendants.* | Adv. Pro. No. 24-10023-ELG |
| 423 KENNEDY ST HOLDINGS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DP CAPITAL LLC; RUSSELL DRAZIN; DANIEL HUERTAS; and WCP FUND I LLC,<br><br>*Defendants.* | |

**CONSENT MOTION TO EXTEND TIME
TO FILE AMENDED COMPLAINT**

Plaintiffs Developer RE1 LLC and 423 Kennedy St Holdings LLC, with the consent of the Defendants, move this Court to extend the deadline for the Plaintiffs to file an amended complaint. In support of their request, the Plaintiffs represent to the Court as follows:

1. This case involves two consolidated cases that were removed from D.C. Superior Court on July 4, 2024.

8161\0002\4908-1973-4559.v1

2.      At the last motions hearing set in this case on January 28, 2025, the Court ordered the Plaintiffs to file an amended complaint by February 25, 2025.  ECF # 31.

3.      The Plaintiffs need additional time to prepare the amended complaint in part due to:  (a) several other emergency litigation matters that arose as a result of recent Executive Orders; (b) the need to consult with the Plaintiffs as a result of the dismissal of JPK NewCo, LLC's involuntary bankruptcy case (24-00262-ELG); and (c) because it now makes more sense to file one combined amended complaint on behalf of both Plaintiffs rather than filing separate amended complaints that will in large part be duplicative and overlap.

4.      The Defendants counsel has consented to a brief extension of time for the filing of the amended complaint (to March 5, 2025).

5.      No party will be prejudiced by this brief extension of time.

For cause shown, the Plaintiffs and the Defendants jointly request that the Court extend the deadline for the filing of an amended complaint to March 5, 2025.  A proposed order is attached.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

Dated:  February 25, 2025

/s/ James D. Sadowski
James D. Sadowski (DC Bar #446635)
Alexandria J. Smith (DC Bar #1781067)
801 17th Street, N.W., Suite 1000
Washington, D.C.  20006
Phone: (202) 452-1400; Fax: (202) 452-1410
Emails:  jds@gdllaw.com; ajs@gdllaw.com
*Counsel for Developer RE1 LLC and*
 *423 Kennedy St Holdings LLC*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of February, 2025, a true copy of the foregoing Consent Motion to Extend Time to File Amended Complaint was filed electronically and a Notice of Electronic filing should be sent to all persons receiving notices via the Court's CM/ECF system.

/s/ James D. Sadowski
James D. Sadowski

8161\0002\4908-1973-4559.v1