IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | |
| Charles Paxton Paret, ) | Case No. 23-217-ELG |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |
| Developer RE1 LLC, ) | |
| ) | Adv. Case No. 24-10023-ELG |
| Plaintiff, ) | |
| ) | (Cases Consolidated) |
| v. ) | |
| ) | |
| DP Capital LLC, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |
| 423 Kennedy St Holdings LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DP Capital LLC, *et al.* ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF CHRISTINA ARAUJO

1. My name is Christian Araujo, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am the Vice President of Finance of DP Capital LLC d/b/a Washington Capital Partners.

3. In my capacity as Vice President of Finance of DP Capital LLC d/b/a Washington Capital Partners, I am familiar with the loans made to 423 Kennedy St Holdings LLC ("423

Kennedy") and Developer RE1 LLC ("DRL") that are at issue in the above-referenced litigation, as well as the payment histories thereof.

4. In connection with the second loan to DRL (the "Second DRL Loan"), DRL failed to timely make the monthly interest payment due on July 1, 2022, with the payment coming some thirteen days late.

5. In connection with the Second DRL Loan, DRL failed to timely make the monthly interest payment due on October 1, 2022, with the payment coming some five days late.

6. In connection with the Second DRL Loan, DRL failed to timely make the monthly interest payment due on November 1, 2022, with the payment coming some eight days late.

7. DRL failed to pay the Second DRL Loan at maturity and the loan remains unpaid.

8. In connection with the second loan to 423 Kennedy (the "Second 423 Loan"), 423 Kennedy failed to timely make the monthly interest payment due on May 1, 2022, with the payment coming some 74 days late.

9. In connection with the Second 423 Loan, 423 Kennedy failed to timely make the monthly interest payment due on June 1, 2022, with the payment coming some 43 days late.

10. In connection with the Second 423 Loan, 423 Kennedy failed to timely make the monthly interest payment due on July 1, 2022, with the payment coming some 13 days late.

11. In connection with the Second 423 Loan, 423 Kennedy failed to timely make the monthly interest payment due on December 1, 2022, with the payment coming some seven days late.

12. In connection with the Second 423 Loan, 423 Kennedy failed to make the monthly interest payment due on January 1, 2023, with the payment having never been made.

13. In connection with the Second 423 Loan, 423 Kennedy failed to make the monthly interest payment due on February 1, 2023, with the payment having never been made.

14. In connection with the Second 423 Loan, 423 Kennedy failed to make the monthly interest payment due on March 1, 2023, with the payment having never been made.

15. 423 Kennedy failed to pay the Second 423 Loan at maturity and the loan remains unpaid.

16. Further declarant sayeth naught.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: 3/19/2025

*Christina Araujo*
Christina Araujo