DC Office of Tax and Revenue

 MyTax DC

← Home

# Property Details

> Make a Payment

| | | | |
|---|---|---|---|
| SSL | : 3389- -0138 | **Balance Due** | **: $20,** |
| Premise Address | : 5501 1ST ST NW WASHINGTON DC 20011-5258 | | |

Details | Assessment | **Tax Information** | Map | Applications and Actions

Tax Summary | **Tax History** | Billing History | Payment History

## Current Year

Help

**2025 First Half**

| Description | Amount | Balance |
|---|---|---|
| Real Property Tax | $20,625.00 | $20,625.00 |

## Past Years

**2024**

| Description | Amount | Balance |
|---|---|---|
| Real Property Payments/Credits | ($33,951.49) | $0.00 |
| Real Property Tax | $29,835.64 | $0.00 |
| Real Property Interest | $1,132.29 | $0.00 |

| Description | Amount | Balance |
|---|---|---|
| Real Property Penalty | $2,983.56 | $0.00 |

## 2023

| Description | Amount | Balance |
|---|---|---|
| Real Property Payments/Credits | ($29,835.64) | $0.00 |
| Real Property Tax | $29,835.64 | $0.00 |

## 2022

| Description | Amount | Balance |
|---|---|---|
| Real Property Payments/Credits | ($16,745.17) | $0.00 |
| Real Property Tax | $14,818.74 | $0.00 |
| Real Property Interest | $444.56 | $0.00 |
| Real Property Penalty | $1,481.87 | $0.00 |

*For more historical data, please contact OTR Customer Service at (202) 727-4TAX.*