Doc#2022114185
Filed & Recorded
11/17/2022 05:07 PM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
DC DEPARTMENT OF BUILDINGS
OFFICE OF CIVIL INFRACTIONS

## CERTIFICATE OF DELINQUENT FINES
FOR FAILURE TO PAY FINES AND PENALTIES ASSESSED PURSUANT TO THE CIVIL INFRACTIONS ACT OF 1985, AS AMENDED

DISTRICT OF COLUMBIA
vs.
423 KENNEDY ST HOLDINGS LLC
Owner of Record
1629 K ST NW STE 300
Washington, DC 20006

Date: 11/17/2022
Square: 3260  Suffix:   Lot: 0056
NOI No. : VR22-00182
Address of Premises:
423 KENNEDY ST NW

This Certificate is filed under the authority of and pursuant to Section 2-1802.03(i)(1) of the D.C. Code, which establishes a continuing lien upon the real property (including improvements) and personal property of an owner in the District of Columbia who fails to pay all outstanding fines, penalties or other costs associated with a final adjudication of a Notice of Infraction issued pursuant to the Civil Infractions Act of 1985, as amended.

This Certificate, from the date of its filing, has the force and effect, as against the aforesaid delinquent party or parties, of a lien created by a judgment granted by the Superior Court of the District of Columbia. This lien remains in force and effect until the entire assessed amount set forth below, together with penalties and other costs (including, but not limited to, court costs and administrative fees) are paid. Failure to pay the outstanding amount within ninety (90) days after the date to appeal the final decision and order, if no appeal has been filed, may result in the sale of the owner's property for costs at the next tax sale in the same manner and under the same conditions as property sold for delinquent general taxes.

**Document No: 1**                                  **Assessed Amount: $1590.00**

B: *[signature]*

Elizabeth Harshaw
Office of Civil Infractions
DC Department of Buildings