Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Defendants*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | |
| Charles Paxton Paret, | Case No. 23-217-ELG |
| Debtor. | Chapter 7 |
| Developer RE1 LLC, | |
| Plaintiff, | Adv. Case No. 24-10023-ELG |
| v. | (Cases Consolidated) |
| DP Capital LLC, *et al.* | |
| Defendants. | |
| 423 Kennedy St Holdings LLC, | |
| Plaintiff, | |
| v. | |
| DP Capital LLC, *et al.* | |
| Defendants. | |

**NOTICE OF HEARING ON MOTION TO DISMISS
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

NOTICE IS HEREBY GIVEN that the DP Capital, LLC ("DPCL"), WCP Fund I LLC ("WCP"), Daniel Huertas ("Mr. Huertas"), SF NU, LLC ("SNL"), Russell Drazin ("Mr. Drazin") and JPK NewCo LLC ("JPK") (collectively, the "Defendants") have filed a motion seeking to dismiss various causes of action in this case and for the entry of summary judgment on all claims not dismissed.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the motion or if you would like the Court to consider your views, then ON OR BEFORE APRIL 9, 2025, you must file and serve a written objection to the motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for April 16, 2025 at 10:00 AM. The hearing will be held in a hybrid format, in Courtroom 1 at the foregoing address and via Zoom video conferencing. For meeting code, contact Gunn_Hearings@dcb.uscourts.gov.

*[Signature and Certificate of Service on Following Page]*

                                                  Respectfully submitted,

Dated: March 19, 2025        By:    /s/ Maurice B. VerStandig
                                                          Maurice B. VerStandig, Esq.
                                                          Bar No. MD18071
                                                          The VerStandig Law Firm, LLC
                                                          9812 Falls Road, #114-160
                                                          Potomac, Maryland 20854
                                                          Phone: (301) 444-4600
                                                          mac@mbvesq.com
                                                          *Counsel for the Defendants*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 19th day of March, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

                                                          /s/ Maurice B. VerStandig
                                                          Maurice B. VerStandig