Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 1 of 42

1

```
 1                 UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF COLUMBIA
 2
     In Re:                      . Case No. 24-00262-ELG
 3                               . Chapter 11
     JPK NEWCO LLC,              .
 4                               . Washington, D.C.
               Debtor.          . October 29, 2024
 5   . . . . . . . . . . . . . .

 6   CONTINUED MEETING OF THE CREDITORS PURSUANT TO SECTION 341 OF
                    THE BANKRUTPCY CODE
 7             BEFORE KRISTEN S. EUSTIS, ESQ.
              OFFICE OF THE UNITED STATES TRUSTEE
 8
     APPEARANCES:
 9
     For the Debtor:          Wolff & Orenstein, LLC
10                            By: JEFFREY M. ORENSTEIN, ESQ.
                              15245 Shady Grove Road
11                            Suite 465
                              Rockville, Maryland 20852
12
     For Office of the U.S.   U.S. Department of Justice
13   Trustee:                 By: KRISTEN S. EUSTIS, ESQ.
                              1725 Duke Street
14                            Suite 650
                              Alexandria, Virginia 22314
15
     For Subchapter V         Offit Kurman, P.A.
16   Trustee:                 By: STEPHEN A. METZ, ESQ.
                              7501 Wisconsin Avenue
17                            Suite 1000W
                              Bethesda, Maryland 20814
18
     For Shaheen Sariri:      Hirschler Fleischer
19                            By: KRISTEN E. BURGERS, ESQ.
                              1676 International Drive
20                            Suite 1350
                              Tysons, Virginia 22102
21
     For 423 Kennedy St       Greenstein DeLorme & Luchs, P.C.
22   Holdings LLC and         By: JAMES D. SADOWSKI, ESQ.
     Developer RE1 LLC:       801 17th Street, Northwest
23                            Suite 1000
                              Washington, District of Columbia
24                            20006

25
```



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 2 of 42

2

1    Also Present:        Daniel Huertas
                       Debtor representative

2

3    Proceedings recorded by electronic sound recording.
   Transcript produced by transcription service.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 3 of 42

3

1           (Proceedings commenced at 10:02 a.m.)

2           MS. EUSTIS:  Good morning.  This is the continued 341

3   meeting of creditors in the case of JPK NewCo LLC, case number

4   24-262, pending in the United States Bankruptcy Court for the

5   District of Columbia.  My name's Kristen Eustis.  I'm an

6   attorney with the Department of Justice, and I represent the

7   United States Trustee for Region 4 in connection with this

8   case.  Today's October 29th, 2024, and it is approximately

9   10:02 a.m.

10          Counsel for the Debtor, can you please identify

11  yourself and your client for the record?

12          MR. ORENSTEIN:  Good morning.  Jeff Orenstein on

13  behalf of JPK NewCo, and with me this morning is Daniel

14  Huertas, principal.

15          MS. EUSTIS:  Thank you.  I can confirm for the record

16  that I have reviewed a copy of Mr. Huertas' identification, and

17  he is who he says he is.

18          Also on the line, Mr. Metz, can you please identify

19  yourself for the record?

20          MR. METZ:  Sure.  Good morning.  This is Steve Metz,

21  the subchapter V trustee.

22          MS. EUSTIS:  Thank you.

23          Mr. Sadowski.

24          Okay.  Ms. Burgers.

25          MS. BURGERS:  Good morning.  This is Kristen Burgers



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 4 of 42

4

1   on behalf of the petitioning creditors, Shaheen Sabiri.

2           THE COURT:  Okay.  And Jim Sadowski is also on the

3   line.

4           Anyone else on the line that I have not identified?

5           Okay.  Pardon.

6           MR. SADOWSKI:  I'm sorry.  Mr. Eustis, I'm sorry.  I

7   think I was on mute when I said who I was here for.  It's Jim

8   Sadowski for Developer RE1 LLC and 423 Kennedy St Holdings LLC.

9   Sorry about that.

10          MS. EUSTIS:  That's okay.  Thank you.

11          Mr. Huertas.  So first, I will ask questions of you,

12  and then I will allow creditors and parties-in-interest the

13  opportunity to question you about the Debtor's financial

14  affairs.  For those that will be asking questions, please

15  identify yourselves before asking questions so that the Court

16  reporter, if a transcript is requested of this 341 meeting,

17  will be able to identify your voice.

18          So unless you have any questions, Mr. Huertas, we can

19  go ahead and get started.

20          MR. HUERTAS:  Let's get started.

21          MS. EUSTIS:  Okay.

22      (Debtor representative sworn.)

23          MS. EUSTIS:  Please state your name and address.

24          MR. HUERTAS:  Daniel Huertas.  909 Chinquapin Road,

25  McLean, Virginia, 22102.



www.escribers.net | 800-257-0885

Case 24-10023-ELG    Doc 46-1    Filed 03/25/25    Entered 03/25/25 18:46:59    Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC    Page 5 of 42

5

1    MS. EUSTIS:  Thank you.  And did you attend the

2  initial debtor interview in connection with this case?

3    MR. HUERTAS:  Yes.

4    MS. EUSTIS:  And to the best of your knowledge and

5  belief, have all of the schedules and the statement of

6  financial affairs been filed in this case?

7    MR. HUERTAS:  Yes.

8    MS. EUSTIS:  And to the best of your knowledge and

9  belief, is the information that's contained in the schedules

10  and statement of financial affairs true and correct?

11    MR. HUERTAS:  Yes.

12    MS. EUSTIS:  And did you review and sign the

13  statements and schedules before they were filed with the court?

14    MR. HUERTAS:  I did.  The one thing I want to point

15  out, there was a small typo that I -- I found, but I don't know

16  if this is the right time to do it or -- but I found a small

17  typo in the form.

18    MS. EUSTIS:  Sure.  What was the typographical error?

19    MR. HUERTAS:  It's on page 12 of my attachment of the

20  schedules.  We have an extra five on the junior lien.

21    MR. ORENSTEIN:  It's the continuation sheet for the

22  schedule A/B.

23    MS. EUSTIS:  Okay.  And Mr. Orenstein, what was that

24  address?

25    MR. ORENSTEIN:  And it's the address -- it's the



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 6 of 42

6

1    address of First Street, Northwest.  It's listed as 55501 First

2    Street, Northwest.  I believe it should be 5501 First Street,

3    Northwest.

4            MS. EUSTIS:  Okay.  Thank you.

5            And thank you, Mr. Huertas, for that.

6            Mr. Huertas, has the Debtor closed its pre-petition

7    bank accounts?

8            MR. HUERTAS:  Yes.

9            MS. EUSTIS:  And where did it maintain its pre-

10   petition bank account?

11           MR. HUERTAS:  Previously was in United Bank.

12           MS. EUSTIS:  Okay.  And was this the Debtor's only

13   account?

14           MR. HUERTAS:  Correct.  Yes.

15           MS. EUSTIS:  Okay.  And has the Debtor opened a

16   debtor-in-possession account?

17           MR. HUERTAS:  Have I opened a -- a -- the new account

18   as requested by the -- by the request?  Yes, I did as what I

19   was supposed to do.

20           MS. EUSTIS:  Okay.  And where is that account located,

21   the debtor-in-possession account?

22           MR. HUERTAS:  I believe it's the same bank, United

23   Bank, but it has a -- it's a different account number.

24           MS. EUSTIS:  Okay.  Mr. Orenstein, was a form 1 signed

25   by the bank?  I didn't see it.



1          MR. ORENSTEIN:  It was.

2          MS. EUSTIS:  Okay.

3          MR. ORENSTEIN:  It was.  It was provided some time

4     ago.

5          MS. EUSTIS:  Okay.  Thank you.

6          Mr. Huertas, what is the nature of the Debtor's

7     business?  What does the Debtor do?

8          MR. HUERTAS:  The Debtor business, are you -- are you

9     referring to JPK NewCo?

10         MS. EUSTIS:  Yes.

11         MR. HUERTAS:  JPK NewCo is it's a holding company of

12    the -- some troubled assets that we had placed in there under

13    advice of counsel.

14         MS. EUSTIS:  So you said it's a holding company of

15    troubled assets that was formed on advice of counsel?  Is that

16    what you -- I just want to make sure I heard you correctly.

17         MR. HUERTAS:  Correct.  It's a holding company.

18    Holding two troubled assets that we have.

19         MS. EUSTIS:  Okay.  Where was the business formed?

20         MR. HUERTAS:  I believe the business was formed in

21    Virginia.

22         MS. EUSTIS:  Okay.  In what year?

23         MR. HUERTAS:  This year.

24         MS. EUSTIS:  2024?

25         MR. HUERTAS:  Correct.



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 8 of 42

8

1          MS. EUSTIS:  Okay.  And you said it was formed to hold

2     these two troubled assets?

3          MR. HUERTAS:  Correct.

4          MS. EUSTIS:  And who previously held these two

5     troubled assets?

6          MR. HUERTAS:  One was held by WCP Fund I LLC.  And the

7     different one was held by SF NU, LLC.

8          MR. ORENSTEIN:  Kristen, just to clarify, it was

9     formed in the District of Columbia, not in Virginia.

10          MS. EUSTIS:  Okay.  Thank you, Mr. Orenstein.

11          MR. ORENSTEIN:  Thank you.  The principal office is in

12     Virginia, but it's a D.C. entity.

13          MS. EUSTIS:  Okay.  Okay.  Does JPK NewCo -- is JPK

14     NewCo engaged in any other business activities?

15          MR. HUERTAS:  Not at this time.

16          MS. EUSTIS:  So at the time that it was formed, there

17     was no other ongoing business operations of JPK NewCo?

18          MR. HUERTAS:  Correct.

19          MS. EUSTIS:  And who is Sam Sariri?

20          MR. HUERTAS:  Shaheen Sariri.

21          MS. EUSTIS:  Okay.

22          MR. HUERTAS:  Shaheen Sariri is a creditor of JPK

23     NewCo.

24          MS. EUSTIS:  And he loaned JPK NewCo Money?

25          MR. HUERTAS:  Yes.



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 9 of 42

9

1      MS. EUSTIS:  And how much did Mr. Sariri loan to JPK

2  NewCo?

3      MR. HUERTAS:  $50,000.

4      MS. EUSTIS:  And what was that $50,000 used for by

5  JPK?

6      MR. HUERTAS:  The $50,000 was utilized to fund the

7  cost associated with the litigation.  And we funded a loan to a

8  third-party.

9      MS. EUSTIS:  And who was the third-party?

10      MR. HUERTAS:  The third-party is Energy Morocco LLC.

11      MS. EUSTIS:  Okay.  Thank you.  Did you, Mr. Huertas,

12  have a prior relationship with Mr. Sariri?

13      MR. HUERTAS:  Yes.

14      MS. EUSTIS:  And what was that relationship?

15      MR. HUERTAS:  A business relationship.

16      MS. EUSTIS:  How long had you previously known him

17  for?

18      MR. HUERTAS:  I know Mr. Sariri for -- gosh, it's been

19  a while.  Probably north of fourteen years, fifteen years.

20      MS. EUSTIS:  Would you consider Mr. Sariri a friend of

21  yours personally?

22      MR. HUERTAS:  Yes.

23      MS. EUSTIS:  And your counsel indicated that the

24  principal address of JPK is in Virginia.  What is that address?

25      MR. HUERTAS:  8401 Greensboro Drive, Suite 960,



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 10 of 42

10

1   McLean, Virginia 22102.

2           MS. EUSTIS:  And do any other businesses operate out

3   of that address?

4           MR. HUERTAS:  Yes.

5           MS. EUSTIS:  What businesses?

6           MR. HUERTAS:  DP Capital LLC and its affiliates.

7           MS. EUSTIS:  Okay.  Does JPK NewCo pay rent for its --

8           MR. HUERTAS:  No.

9           MS. EUSTIS:  Okay.  Are there any other --

10          MR. HUERTAS:  The answer was no rent.

11          MS. EUSTIS:  I'm sorry.  Go ahead.

12          MR. HUERTAS:  Yeah.  The answer was no, no rent.

13          MS. EUSTIS:  Okay.  Are there any other locations

14   affiliated or associated with JPK NewCo?

15          MS. EUSTIS:  No.

16          MS. EUSTIS:  And just to be clear, JPK NewCo does not

17   own the space out of which it operates; is that correct?

18          MR. HUERTAS:  That is correct.

19          MS. EUSTIS:  Okay.  So there's no rental obligations

20   at all?

21          MR. HUERTAS:  That's correct.

22          MS. EUSTIS:  Okay.  Does JPK NewCo have any employees?

23          MR. HUERTAS:  No employees.

24          MS. EUSTIS:  Are there day-to-day operations of JPK

25   NewCo?



Case 24-10023-ELG    Doc 46-1    Filed 03/25/25    Entered 03/25/25 18:46:59    Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC    Page 11 of 42

11

1          MR. HUERTAS:  No.

2          MS. EUSTIS:  Okay.  Who maintains the books and

3    records for JPK NewCo?

4          MR. HUERTAS:  Can you please repeat the question?

5          MS. EUSTIS:  Who maintains the books and records for

6    JPK NewCo?

7          MR. HUERTAS:  DP Capital LLC.

8          MS. EUSTIS:  Okay.  Is there any individual at DP

9    Capital LLC that is in charge of maintaining the books and

10   records of the Debtor?

11         MR. HUERTAS:  Yes.

12         MS. EUSTIS:  And who would that be?

13         MR. HUERTAS:  Yes.  Christina with an H.  Christina.

14         MS. EUSTIS:  Um-hum.

15         MR. HUERTAS:  Araujo, A-R-A-U-J-O.

16         MS. EUSTIS:  Great.  Thank you for spelling that for

17   me.

18         MR. HUERTAS:  Sure.

19         MS. EUSTIS:  Okay.  Are the owners of the Debtor still

20   SF NU, LLC and WCP Fund I LLC?

21         MR. HUERTAS:  Yes.

22         MS. EUSTIS:  Okay.  And do you recall what the split

23   of ownership is between WCP Fund I and SF NU?

24         MR. HUERTAS:  I do not recall.  I wonder if I can ask

25   my counsel to see if he has that.  I don't recall the split.



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 12 of 42

12

1          MS. EUSTIS:  Okay.  That's okay.

2          MR. HUERTAS:  (Unintelligible) --

3          MR. ORENSTEIN:  I believe it's -- I believe it's in

4    the statement of financial affairs.

5          MS. EUSTIS:  It is, Mr. Orenstein.  That's fine.  If

6    he doesn't recall, that's fine.  I don't need the split.

7          Mr. Huertas, do you know who the owners of SF NU, LLC

8    are?

9          MR. HUERTAS:  No.

10          MS. EUSTIS:  Do you have any ownership interest in SF

11    NU, LLC?

12          MR. HUERTAS:  No.

13          MS. EUSTIS:  And what about WCP Fund I LLC?  Do you

14    know who the members of this entity are?

15          MR. HUERTAS:  Yes, I know who the members are.

16          MS. EUSTIS:  And who are they?

17          MR. HUERTAS:  There are several members because it's a

18    fund in excess of thirty different LLCs or -- or individuals.

19    I don't have all of those right in my -- readily available, but

20    there is several members of the fund.

21          MS. EUSTIS:  Okay.  And do you have any interests

22    personally in WCP Fund I, LLC?

23          MR. HUERTAS:  Yes.

24          MS. EUSTIS:  Okay.  Okay.  So going back to JPK NewCo,

25    are there any other officers or directors other than SF NU, LLC



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 13 of 42

13

1    and WCP Fund I LLC?

2              MR. HUERTAS:  No.

3              MS. EUSTIS:  Have there been any changes in the

4    ownership of JPK in the last year?

5              MR. HUERTAS:  No.

6              MS. EUSTIS:  Does anyone receive any compensation from

7    JPK NewCo LLC?

8              MR. HUERTAS:  No.

9              MS. EUSTIS:  Does JPK have an interest in any other

10   business entity?

11             MR. HUERTAS:  No.

12             MS. EUSTIS:  Has any individual or entity guaranteed

13   any portion of the Debtor's debts?

14             MR. HUERTAS:  Can you please repeat the question?

15             MS. EUSTIS:  Sure.  Are there any individuals or

16   entities that have guaranteed any portion of the Debtor's

17   business debts?

18             MR. HUERTAS:  No.

19             MS. EUSTIS:  Does the Debtor utilize an accountant?

20             MR. HUERTAS:  No.

21             MS. EUSTIS:  Okay.  And since the Debtor was formed

22   this year, there have been no obligations to file state or

23   federal tax returns; is that correct?

24             MR. HUERTAS:  That's correct.  Yeah.  It was done this

25   year, so we haven't had any obligation to file tax returns or



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC    Page 14 of 42

14

1      any of that sort.

2              MS. EUSTIS:  Okay.  Other than Mr. Sariri, are there

3      any other creditors of JPK?

4              MR. HUERTAS:  I listed, besides Mr. Sariri, the

5      disputed litigation from 423 Kennedy St Holdings LLC and

6      Developer RE1 LLC as potential creditors --

7              MS. EUSTIS:  Okay.

8              MR. HUERTAS:  -- due to the litigation.

9              MS. EUSTIS:  And is there the potential that there

10     could be monetary amounts due and owing to Developer RE1 and

11     Kennedy St in connection with that litigation?

12             MR. HUERTAS:  Yes, there is a potential.  I don't -- I

13     don't think I owe them anything, but there's a potential for

14     the litigation.

15             MS. EUSTIS:  Okay.  But other than Developer RE1,

16     Kennedy St, and Sariri, there are no other creditors of JPK?

17             MR. HUERTAS:  That's correct.

18             MS. EUSTIS:  Has the Debtor loaned any money to any of

19     its owners, officers, or directors within the last year?

20             MR. HUERTAS:  No.

21             MS. EUSTIS:  Has JPK repaid any loan to any of its

22     owners, officers, or directors within the last year?

23             MR. HUERTAS:  No.

24             MS. EUSTIS:  Have any of its owners, officers,

25     directors loaned any money to the Debtor within the past year?



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 15 of 42

15

1          MR. HUERTAS:  No.

2          MS. EUSTIS:  So other than the relationship that you

3     described with Mr. Sariri, does Mr. Sariri have any

4     relationship to SF NU or WCP and its members that you're aware

5     of?

6          MR. HUERTAS:  No, no.

7          MS. EUSTIS:  Okay.  And Mr. Sariri is not a relative

8     of yours; is that correct?

9          MR. HUERTAS:  That's correct.

10         MS. EUSTIS:  Has JPK NewCo sold or transferred any

11    property within the last year?

12         MR. HUERTAS:  No.

13         MS. EUSTIS:  Have there been any distributions paid by

14    JPK to anyone within the last year?

15         MR. HUERTAS:  No.

16         MS. EUSTIS:  And do Mr. Sariri, Developer RE1, or

17    Kennedy St have any liens on any of JPK's assets?

18         MR. HUERTAS:  No.

19         MS. EUSTIS:  And what are JPK's assets?

20         MR. HUERTAS:  JPK's assets are the three notes that it

21    holds today.

22         MS. EUSTIS:  So it holds three notes.

23         MR. HUERTAS:  That is correct.

24         MS. EUSTIS:  Can you describe those notes?

25         MR. HUERTAS:  The three notes are Energy Morocco LLC.



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 16 of 42

16

1    Do you need an amount?

2            MS. EUSTIS:  Yes, please.

3            MR. HUERTAS:  $26,000.  There's a junior lien on 5501

4    First Street, Northwest, Washington, D.C., for 711,741.83.  And

5    there's one more junior lien on 419-423 Kennedy Street,

6    Northwest, Washington, D.C., for $1,678,387.

7            MS. EUSTIS:  Okay.  Thank you.  And is Energy Morocco

8    current on its payments to JPK?

9            MR. HUERTAS:  Not currently.

10           MS. EUSTIS:  Are any payments being made on the junior

11   liens?

12           MR. HUERTAS:  No.

13           MS. EUSTIS:  Have any payments been made by Energy

14   Morocco since the loan was made to it?

15           MR. HUERTAS:  Not.

16           MS. EUSTIS:  Were any payments --

17           MR. ORENSTEIN:  Wait, so the Energy Morocco -- oh, I'm

18   sorry.  The Energy Morocco loan is a note that balloons in

19   December.  And the two junior liens that he described, as you

20   know, that's the subject of litigation that's presently stayed.

21           MS. EUSTIS:  Right.  So Mr. Huertas, my next question

22   was were any payments due under the note to Energy Morocco?

23           MR. HUERTAS:  Were any payments due from Energy

24   Morocco?

25           MS. EUSTIS:  Yes.



```
 1              MR. HUERTAS:  Yes, as form of a loan.

 2              MS. EUSTIS:  Okay.  So Energy Morocco is in default

 3     under the note?

 4              MR. HUERTAS:  Under the note as written, yes.

 5              MS. EUSTIS:  Okay.  Since filing for bankruptcy, is

 6     the Debtor current with all of its post-petition obligations?

 7              MR. HUERTAS:  Can I ask counsel to help answer the

 8     question?

 9              MS. EUSTIS:  No.  I need to know if Energy Morocco --

10     or I'm sorry, not Energy Morocco.  I'm sorry.  JPK NewCo is

11     current on its post-petition obligations.

12              MR. HUERTAS:  I believe it is.

13              MS. EUSTIS:  What are JPK's post-petition obligations?

14     What are its operating costs?

15              MR. HUERTAS:  Sorry.  Can you please repeat the

16     question?  There was some noise in the background.

17              MS. EUSTIS:  Sure.  And if you are not me or Mr.

18     Huertas, can you please mute your line?  Thank you.

19              Yes.  So what are JPK NewCo's operating expenses?

20              MR. HUERTAS:  Currently, zero.

21              MS. EUSTIS:  Has the Debtor had to borrow any money

22     post-petition?

23              MR. HUERTAS:  Sorry.  Can you please repeat the

24     question?

25              MS. EUSTIS:  Sure.  Has the Debtor had to borrow any
```



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 18 of 42

18

1    money since filing for bankruptcy?

2           MR. HUERTAS:  No.  Outside of what we have, no.  We

3    haven't borrowed anything else.

4           MS. EUSTIS:  Okay.  And you indicated that there are

5    no operating expenses currently.  Have there ever been any

6    operating expenses for JPK?

7           MR. HUERTAS:  No.  No.

8           MS. EUSTIS:  Do you anticipate that there will be any

9    operating expenses for JPK?

10          MR. HUERTAS:  Not at this time.

11          MS. EUSTIS:  Okay.  So Energy Morocco, there was a

12   loan made to it, you indicated, in the amount of $26,000; is

13   that correct?

14          MR. HUERTAS:  That's correct.

15          MS. EUSTIS:  What is Energy Morocco?

16          MR. HUERTAS:  Energy Morocco is -- is a company -- is

17   in the business of renovating real estate assets.

18          MS. EUSTIS:  And have you or any of the entities that

19   you have an interest in ever loaned money to Energy Morocco

20   before?

21          MR. HUERTAS:  Yes.

22          MS. EUSTIS:  And what entities have made loans to

23   Energy Morocco before?

24          MR. HUERTAS:  WCP Fund I.

25          MS. EUSTIS:  And what were those loans in connection



Case 24-10023-ELG    Doc 46-1    Filed 03/25/25    Entered 03/25/25 18:46:59    Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC    Page 19 of 42

19

 1    with?

 2            MR. HUERTAS:  I don't have that ready available.  We

 3    had made similar loans to Energy Morocco in the past.

 4            MS. EUSTIS:  Okay.  Do you recall what this loan would

 5    be used for, the $26,000 loan?

 6            MR. HUERTAS:  Renovation expenses.

 7            MS. EUSTIS:  Associated with what project?

 8            MR. HUERTAS:  Several projects.  It wasn't just

 9    associated with one single project.

10            MS. EUSTIS:  Okay.  And do you know who the owners of

11    Energy Morocco are or the members?

12            MR. HUERTAS:  No.

13            MS. EUSTIS:  Mr. Huertas, did you discuss the filing

14    of an involuntary petition with Mr. Sariri?

15            MR. HUERTAS:  No.

16            MS. EUSTIS:  Did you discuss why JPK NewCo needed a

17    loan from Mr. Sariri with Mr. Sariri?

18            MR. HUERTAS:  Did I discuss why I needed the loan?

19            MS. EUSTIS:  Yes.

20            MR. HUERTAS:  I needed -- let me recall.  Very

21    briefly, I just requested a loan for $50,000.

22            MS. EUSTIS:  And you didn't have any -- did you have

23    any other discussions with Mr. Sariri regarding the loan?

24            MR. HUERTAS:  No.

25            MS. EUSTIS:  Did you negotiate the terms of the loan



 1    with Mr. Sariri?

 2            MR. HUERTAS:  In our initial conversation.

 3            MS. EUSTIS:  In your initial conversation, you did,

 4    or --

 5            MR. HUERTAS:  Yeah.  We -- we discuss -- yeah, we --

 6    in our initial -- yeah, I mean, yes, we discussed the terms of

 7    the loan.

 8            MS. EUSTIS:  Did anyone else discuss the terms of the

 9    loan with Mr. Sariri on --

10            MR. HUERTAS:  No.

11            MS. EUSTIS:  -- JPK NewCo's behalf?

12            MR. HUERTAS:  No.  And was JPK NewCo represented by

13    counsel in connection with the negotiation of the loan with Mr.

14    Sariri?

15            MR. HUERTAS:  No.

16            MS. EUSTIS:  Was Mr. Sariri represented by counsel

17    that you're aware of in connection with the loan?

18            MR. HUERTAS:  Not that I'm aware of.

19            MS. EUSTIS:  Who drafted the note with Mr. Sariri?

20            MR. HUERTAS:  I believe was one of my counsels, one of

21    my legal counsels.

22            MS. EUSTIS:  One of your attorneys?  One of JPK's

23    attorneys?

24            MR. HUERTAS:  Yes.

25            MS. EUSTIS:  I just want to clarify who you mean by



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 21 of 42

21

1    "you" -- or "my".

2         MR. HUERTAS:  Right.  It has been a while.  I -- I

3    believe it was one of the JPK -- it -- I mean, it was one of my

4    counsels, not JPK counsels.  I don't -- I don't recall exactly

5    how -- how we went about it.

6         MS. EUSTIS:  Okay.  Would it have been Mr. VerStandig?

7         MR. HUERTAS:  I don't recall.

8         MS. EUSTIS:  Were there any other attorneys other than

9    Mr. VerStandig that were we're working with you at this time or

10   JPK at this time?

11        MR. HUERTAS:  Yeah, there were other people I was

12   working at that time.  There's some that I don't -- I don't

13   recall exactly.  I don't recall exactly who wrote it.

14        MS. EUSTIS:  Do you recall the names of the attorneys

15   that were working with JPK and you on this at the time?

16        MR. HUERTAS:  I don't think they were JPK attorneys.

17   That's the reason that I don't recall exactly who it was.

18        MS. EUSTIS:  Okay.  What about with Energy Morocco?

19   Who drafted the note between -- the note on behalf of Energy

20   Morocco?  Was that drafted by folks on behalf of JPK, or was

21   that drafted by Energy Morocco representatives?

22        MR. HUERTAS:  I -- I don't recall exactly how we wrote

23   that note either.  I think it was internally, we -- we had one

24   of our forms.  So I think I did it myself.  I don't recall

25   exactly how I did it.  I have to go back and see how -- how it



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 22 of 42

22

1    was done.

2          MS. EUSTIS:  Okay.  Part of the involuntary being

3    filed against JPK, did Mr. Sariri either on his own or through

4    counsel make demand for payment on JPK?

5          MR. HUERTAS:  Yes, make demand for payments.

6          MS. EUSTIS:  Mr. Sariri made demand for payment?

7          MR. HUERTAS:  Correct.  Yeah.

8          MS. EUSTIS:  And if you could provide to your counsel

9    to provide to me any written demand for payment that was made

10   by Mr. Sariri, I would appreciate that.

11         MR. HUERTAS:  I don't think I have anything in

12   writing.  It was a phone conversation.  I told Mr. Sariri that

13   based on the nature of where we stand with the notes, we would

14   not be able to make payments.  And we told him that we were not

15   able to -- to make the financial obligation at this -- at this

16   time.

17         MS. EUSTIS:  Okay.  And the note was -- the money was

18   loaned by Mr. Sariri only almost a month before the involuntary

19   was filed; is that accurate?

20         MR. HUERTAS:  Yes, that is correct.

21         MS. EUSTIS:  Okay.  Okay.  Mr. Metz, do you have any

22   questions for Mr. Huertas?

23         MR. METZ:  I do not.  Thank you.

24         MS. EUSTIS:  Thank you.

25         Mr. Sadowski.



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 23 of 42

23

1          MR. SADOWSKI:  Yes, I do.  Jim Sadowski, counsel for

2    Developer RE1  and 423 Kennedy St Holdings LLC.

3          Good morning, Mr. Huertas.  To follow up on some of

4    the questions that Ms. Eustis asked, you mentioned that initial

5    conversation with Mr. Sariri about this promissory note or

6    loan.  What date did that happen, that initial conversations?

7          MR. HUERTAS:  I don't recall.

8          MR. SADOWSKI:  Well, was it six months ago?  Was it

9    two months ago?  What's your best range of when that happened?

10          MR. HUERTAS:  Before I received the funds.  I don't

11    recall exactly when.  I'm sorry.  Just before we received the

12    funds, obviously.

13          MR. SADOWSKI:  Okay.  And when did you receive the

14    funds?

15          MR. HUERTAS:  I -- I got to go look.  I don't have an

16    exact date.

17          MR. SADOWSKI:  Okay.  And how did you receive the

18    funds?

19          MR. HUERTAS:  I don't recall.  I'm sorry.

20          MR. SADOWSKI:  Was it a check?  Was it a wire

21    transfer?  Was it something else?

22          MR. HUERTAS:  I think it was a wire.  I'm not a

23    hundred-percent sure.

24          MR. SADOWSKI:  Okay.  Now, the bank account with

25    United Bank, when was that account opened?



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 24 of 42

24

1              MR. HUERTAS:  In the earlier part of this year.  I

2    don't have a date.

3              MR. SADOWSKI:  Okay.  But you have bank statements,

4    right, that would show when that account was opened?

5              MR. HUERTAS:  I'm sure we have bank statements.

6              MR. SADOWSKI:  Okay.  And what money went in and out

7    of that account during the period of time that JP (sic) NewCo

8    had activity in that account?

9              MR. HUERTAS:  It was related to this loan and the

10   other funds was related to this litigation.

11             MR. SADOWSKI:  Okay.  Is United Bank the same bank

12   that's used by DP Capital?

13             MR. HUERTAS:  Same bank.

14             MR. SADOWSKI:  Same bank?  And the same bank that's

15   used by WCP Fund?

16             MR. HUERTAS:  Same bank.  Different account numbers.

17             MR. SADOWSKI:  Okay.  Whose idea was it to create JPK

18   NewCo?

19             MR. HUERTAS:  I believe I've already answered the

20   question related to JPK NewCo.

21             MR. SADOWSKI:  It was your lawyer's idea then?

22             MR. HUERTAS:  JPK NewCo was created under advice of

23   counsel.

24             MR. SADOWSKI:  Okay.  So it wasn't your idea to do

25   that, right?



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 25 of 42

25

1           MR. HUERTAS:  I have already answered that question.

2           MR. SADOWSKI:  Is that a no?

3           MR. HUERTAS:  JPK NewCo was created under advice of

4     counsel.

5           MR. SADOWSKI:  Okay.  So it wasn't your idea, correct?

6           MR. HUERTAS:  JPK NewCo was created under advice of

7     counsel.

8           MR. SADOWSKI:  All right.  When was that advice given?

9     What time frame?

10          MR. HUERTAS:  Sometime late last year, early this

11    year.

12          MR. SADOWSKI:  And that advice that was given, was

13    that advice given by Mr. VerStandig?

14          MR. HUERTAS:  JPK NewCo was created under the advice

15    of counsel.

16          MR. SADOWSKI:  All right.  Which counsel?

17          MR. ORENSTEIN:  Daniel, you can answer that question.

18    You cannot tell him what was said, but you can tell him who

19    gave you the advice.

20          MR. HUERTAS:  Mr. Marc -- Mac VerStandig.

21          MR. SADOWSKI:  Okay.  Was there any other attorney

22    besides Mr. VerStandig involved in that advice?

23          MR. HUERTAS:  No.

24          MR. SADOWSKI:  Okay.  Who selected the name JP (sic)

25    NewCo?



Case 24-10023-ELG    Doc 46-1    Filed 03/25/25    Entered 03/25/25 18:46:59    Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC    Page 26 of 42

26

1          MR. HUERTAS:  Sorry.

2          MR. SADOWSKI:  So who came up with the name, JPK

3    NewCo?  JPK, does that stand for someone's initials, or why did

4    you use JPK NewCo?

5          MR. HUERTAS:  Yeah, it's, like, initials

6          MR. SADOWSKI:  Okay.  And whose initials are JPK?

7          MR. HUERTAS:  The initial JPK is Joseph P. Kennedy.

8          MR. SADOWSKI:  Okay.  All right.  All right.  Is that

9    just a political person that you decided to use his initials,

10   as opposed to, like, JPK or RFK?

11         MR. HUERTAS:  I just like the initials.

12         MR. SADOWSKI:  Okay.  And the preparation of the note

13   with Mr. Sariri, I believe you said you weren't sure who

14   prepared that.  Did JPK NewCo get a bill for the preparation of

15   that note from any attorney?

16         MR. HUERTAS:  No.

17         MS. EUSTIS:  How about the preparation of the note

18   with Energy Morocco?  Did JPK get the legal bill for

19   preparation of that note?

20         MR. HUERTAS:  I don't think so.  I don't know.  It

21   didn't.

22         MR. SADOWSKI:  Has JPK incurred any legal expenses

23   before it filed for bankruptcy?

24         MR. ORENSTEIN:  And just as a correction.  People keep

25   saying before it filed bankruptcy.  It's involuntary.



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 27 of 42

27

1          MR. SADOWSKI:  Sorry.  You're right.  Before the

2     involuntary petition was filed on July 3rd, had JPK incurred

3     any legal expenses?

4          MR. HUERTAS:  I don't recall nothing outside of this.

5          MR. SADOWSKI:  All right.  Who's paying the bills to

6     Mr. VerStandig related to any pre-petition services that he

7     gave JPK NewCo?

8          MR. HUERTAS:  Sorry.  Repeat the question.

9          MR. SADOWSKI:  Yeah.  Before July 3rd, 2023, that's

10    the petition date.  When I say pre-petition, that means before

11    July 3rd, 2024.  Sorry.  Who was paying the legal bills for Mr.

12    VerStandig to give advice about forming JPK NewCo?  Was that

13    being paid by WCP Fund, DP Capital, or somebody else?

14         MR. HUERTAS:  I don't recall exactly the entity, but

15    it's one of -- one of DP Capital affiliates, I'm sure.

16         MR. SADOWSKI:  Okay.  Now, was it ever discussed that

17    one reason to create JPK NewCo was to be able to put that

18    company into bankruptcy so that the litigation with my clients

19    could be removed to bankruptcy court?

20         MR. ORENSTEIN:  Objection.  That would be attorney-

21    client privilege if such a conversation took place.

22         MR. SADOWSKI:  Okay.  Mr. Huertas, you're not going to

23    answer that --

24         MR. ORENSTEIN:  I'm instructing him not to answer that

25    question.



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 28 of 42

28

1          MR. SADOWSKI:  Okay.  What were the business reasons

2    for forming JPK NewCo?

3          MR. HUERTAS:  JPK NewCo was formed because at a time

4    after the mediation process that we had, I think sometime late

5    last year, there were some negotiations around how to make

6    those liens and ourselves have an agreement.  And the only --

7    the best way to -- to make that agreement work was to take the

8    troubled assets into one entity, as we had a discussion related

9    to participation.  So the only way to do it, like I said, was

10   this way, and it was done under advice of counsel.

11         MR. SADOWSKI:  Okay.  Now, when did the mediation

12   happen between the defendants in the litigation with my

13   clients?  When did that mediation occur with JAMS and Judge

14   Levie?  Do you remember the dates?

15         MR. HUERTAS:  I don't remember the dates, but I -- I

16   think sometime late last year or (unintelligible) I -- I don't

17   exactly when, but it was -- it was cold.

18         MR. SADOWSKI:  Yeah.  Let me see if I can help you

19   with that, Daniel, because I know it was a while ago.  On my

20   calendar, on January 9th, I have a time entry -- I'm sorry, a

21   calendar entry for mediation of JAMS, January 9th, 2024.  Does

22   that refresh your recollection as to when the first mediation

23   session was held?

24         MR. HUERTAS:  I mean, you want me to -- you want me to

25   take your word for it, then I know it was early this year or

Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 29 of 42

29

1   sometime late last year.  I don't recall exactly.  It was a

2   while ago --

3         MR. SADOWSKI:  Yeah.

4         MR. HUERTAS:  -- like you said very well.  But it was

5   before JPK was formed.

6         MR. SADOWSKI:  Okay.  And when was the last mediation

7   session before Jams?  Do you remember that date?

8         MR. HUERTAS:  No, I don't have it.  I don't remember

9   the date.

10         MR. SADOWSKI:  Well, was it within a couple weeks of

11   the first session, or what's your recollection of that?

12         MR. HUERTAS:  I -- I don't recall.

13         MR. SADOWSKI:  Okay.  Do you know why the first

14   mediation session was continued to a second date in January?

15         MR. HUERTAS:  I mean, like I said, I -- I don't

16   recall.  It was a while ago.

17         MR. SADOWSKI:  Okay.

18         MR. HUERTAS:  I know that --

19         MR. SADOWSKI:  When did the -- okay.  When did the

20   mediation end?

21         MR. HUERTAS:  I don't understand your question.  When

22   did it end?

23         MR. SADOWSKI:  Well, my recollection from my calendars

24   and my time sheets and my bills that I sent to the client is

25   that there were two mediation sessions, one on January 9th, and



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 30 of 42

30

```
 1   the second one on January 25th.  And the mediation concluded on

 2   January 25th.  Does that sound about right in terms of timing?

 3             MR. HUERTAS:  Unfortunately, you'll need to go by the

 4   date you are stating.  I don't want to use your dates.  For --

 5   like I said, it was some time before either late last year or

 6   early this year.  I don't recall exactly.

 7             MR. SADOWSKI:  Okay.  What was the reason the

 8   mediation ended?

 9             MR. HUERTAS:  I don't recall.

10             MR. SADOWSKI:  Well, isn't that true, Mr. Huertas,

11   that you were the one who told the mediator -- or sorry, who

12   ended the mediation?

13             MR. HUERTAS:  I don't recall.

14             MR. SADOWSKI:  Okay.  What would help refresh your

15   recollection as to why the mediation ended?  Do you have any

16   business records?  Do you have any notes?

17             MR. HUERTAS:  I don't have any notes.

18             MR. SADOWSKI:  Okay.  Returning to the schedules that

19   were filed -- sorry.  Let's talk about SF NU, LLC.  Now, Ms.

20   Eustis asked you if you knew who the owners are, and you said

21   you don't know.  Well, who do you communicate with when you

22   want to communicate with SF NU, LLC?

23             MR. HUERTAS:  I communicate with Mr. Shrensky, Jason

24   Shrensky.

25             MR. SADOWSKI:  Could you spell his name, please, for
```



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 31 of 42

31

1   the record?

2           MR. HUERTAS:  Jason, J-A-S-O-N, Shrensky,

3   S-H-R-E-N-S-K-Y.

4           MR. SADOWSKI:  Okay.  Other than Mr. Shrensky, is

5   there anyone else that you communicate with at SF NU, LLC?

6           MR. HUERTAS:  No.

7           MS. EUSTIS:  Okay.  Why were the notes -- the two

8   notes that I think you've described it as distressed assets or

9   tainted assets, why were they transferred to SF NU, LLC?

10          MR. HUERTAS:  I don't think that's a question for me.

11  I -- I already answer the question related to -- to that so --

12          MR. SADOWSKI:  Oh, because I had a question for you.

13          MR. HUERTAS:  I'm (unintelligible) question.  Okay.

14          MR. SADOWSKI:  Because I have a question for you, Mr.

15  Huertas.

16          MR. HUERTAS:  Well, I can't hear you.  No one answered

17  a question for a different company.  I don't know.

18          MR. SADOWSKI:  Well, you know the answer to that

19  question, correct?

20          MR. HUERTAS:  I don't have an answer for you.

21          MR. SADOWSKI:  So you don't know why the notes were

22  transferred to SF NU, LLC?

23          MR. HUERTAS:  Hold on.  Repeat that again.

24          MR. SADOWSKI:  You don't know why the notes were

25  transferred to SF NU, LLC?



 1          MR. HUERTAS:  Why the notes were transferred to SF NU,

 2   LLC?  I don't -- I don't -- I don't understand your question.

 3          MR. SADOWSKI:  Okay.  These notes that are being held

 4   by JPK NewCo were originally held by SF NU, LLC, correct.

 5          MR. HUERTAS:  One of them.  That's incorrect.

 6          MR. SADOWSKI:  Okay.

 7          MR. HUERTAS:  There's one of them.

 8          MR. SADOWSKI:  All right.  Which one was currently

 9   held by SF NU, LLC?

10          MR. HUERTAS:  I got to go look.  I don't have it

11   exactly, but I think it's the smaller -- the smaller one.

12          MR. SADOWSKI:  Okay.  So you think that -- well, I

13   guess I can just look at your continuation sheet.  So you think

14   that was the second -- where did I see that?

15          MR. ORENSTEIN:  The smaller one would be First Street.

16          MR. SADOWSKI:  Yeah.  Okay.  Yeah, I'm not real good,

17   Mr. Orenstein, with the street addresses.  I'm better with the

18   entity names, but okay.  So and the other one was -- what's the

19   other one, and why was that other one transferred from the

20   original holder to SF NU, LLC?

21          MR. HUERTAS:  I don't -- I don't understand question.

22   You're asking me why the other note was transferred to SF NU,

23   LLC?  That never happened.

24          MR. SADOWSKI:  Correct.  Correct.

25          MR. HUERTAS:  I don't understand your -- I -- I -- I



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 33 of 42

33

1    don't understand your question.

2         MR. SADOWSKI:  Well, I'm trying to figure out what the

3    business purpose is for these notes getting transferred from

4    one entity to the next to the next.  And the business purpose

5    that we were told in some of your filings and in your testimony

6    was that these were tainted assets, and there was some sort of

7    settlement agreement that might be created to hold these assets

8    and figure out a settlement if the assets were held by somebody

9    else.  So I'm trying to figure out why was there a business

10   need to do that.  No settlement agreement was reached, correct,

11   between --

12        MR. ORENSTEIN:  Mr. Sadowski, I'm going to -- Mr.

13   Sadowski, I'm going to interrupt you for a moment, because I'm

14   not sure if you're confusing your own questions.  You asked him

15   why the notes were transferred to SF NU.  And for purposes of

16   the bankruptcy, he's already testified that WCP and SF NU

17   transferred the notes to JPK.  So I'm not sure if you're mixing

18   up your question.

19        MR. SADOWSKI:  Yeah, well, I'm trying to figure out

20   two pieces of that, Mr. Orenstein, and thanks for that because

21   maybe my questions aren't as great as I thought they should be.

22   I want to find out why they went from WCP Fund I LLC to SF NU,

23   and then why they then went from SF NU to JPK NewCo.  There's

24   two steps there because that's where I'm headed with this.

25        So the first question is why transfer the notes out of



```
 1    WCP Fund I to SF NU, LLC to begin with.  And then the second

 2    part of that question is why then transfer them again to JPK

 3    NewCo.

 4            MR. HUERTAS:  Okay.  So -- so the first question is

 5    related to internal business practices.  That's probably not

 6    the right forum for me to talk about WCP's or DP Capital

 7    business practices.  How we do business.

 8            The second question, I can't really answer your

 9    question as far as how or why we transfer the note from the

10    fund to JPK NewCo.  And I said to you multiple times that it

11    was under the advice of counsel.

12            MR. SADOWSKI:  Okay.  So is there any other reason

13    other than the advice of counsel why the notes were transferred

14    to JPK NewCo?

15            MR. HUERTAS:  I already gave you an answer.

16            MR. SADOWSKI:  That was the only reason they were

17    transferred, because of advice of counsel?

18            MR. HUERTAS:  On advice of counsel, correct.

19            MR. SADOWSKI:  Okay.  One second just to look through

20    my notes.

21            Now, you mentioned that the WCP Fund I is comprised

22    of -- and I'm not trying to pin you down exactly to what you

23    said, but I wrote down thirty different LLCs and individuals

24    and that you have an interest in WCP Fund I.  What is the

25    extent of your interest in WCP Fund I?
```

Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 35 of 42

35

1          MR. HUERTAS:  I'm a member of the fund.

2          MR. SADOWSKI:  Individually?  And what percentage do

3     you own?

4          MR. HUERTAS:  I own (unintelligible) percent.

5          MR. ORENSTEIN:  I'm going to -- I'm going to object to

6     this question.  I'm going to instruct him not to answer.  This

7     doesn't seem to have anything to do with the operations of JPK

8     or the issues in the JPK case.

9          It's your position that this is relevant with regard

10    to the motion to dismiss, which the United States Trustee has

11    filed.  We're in the process of scheduling -- in the process of

12    having a scheduling order entered that will allow for discovery

13    in this case.  And I think if you're going to ask questions

14    about WCP, it's appropriate for WCP to have its own counsel

15    present at that time to object to the extent that I think

16    it's -- to the extent that he thinks that it's necessary.  I

17    don't think this is appropriate for a 341 meeting.

18         MR. SADOWSKI:  Well, you didn't object before when he

19    gave that answer, Mr. Orenstein.  I'll ask a different

20    question.

21         Mr. Huertas, other than an individual interest in WCP

22    Fund I, do you have an individual interest in any of the LLCs

23    that make up WCP Fund I?

24         MR. ORENSTEIN:  I'm going to give the -- I'm going to

25    make the same objection.  For the reasons stated, I'm going to


www.escribers.net  |  800-257-0885

1    instruct him not to answer that.

2         MS. EUSTIS:  Mr. Sadowski, this is Kristen Eustis.  I

3    agree with Mr. Orenstein that Mr. Huertas would be entitled to

4    have his own personal counsel present for anything further with

5    respect to his personal interests in these entities.

6         MR. SADOWSKI:  Okay.  Got it.  Okay.  Objection's been

7    noted.  Thank you, Counsel.

8         Mr. Huertas, how did you arrive at the numbers that

9    were used on the schedules to come up with the $2.4 million?

10   Where did those amounts come from?

11        MR. HUERTAS:  Those numbers, I believe, were the

12   unpaid principal balance at the time that I -- that I filled

13   this out.

14        MR. SADOWSKI:  Okay.  So you have some accounting

15   somewhere that shows as of the date you prepared the schedules,

16   X dollars was owed under each of the lien -- of the notes?

17   Sorry.

18        MR. HUERTAS:  Well, that's a face amount.  That's

19   the -- that's the face amount of the current value.  That's

20   what I was asked.

21        MR. SADOWSKI:  Okay.

22        MS. EUSTIS:  You asked me something different.  I'm

23   just clarifying that when I completed the schedules, it was

24   based on what's the total face amount and the current value.

25        MR. SADOWSKI:  Okay.  So getting to Energy of (sic)

Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 37 of 42

37

1    Morocco LLC, was this $26,000 -- did that serve some other

2    purpose for Energy of (sic) Morocco LLC?  In other words, did

3    the Debtor use those funds -- I'm sorry.  Let me ask it a

4    different way.  Does Energy of (sic) Morocco LLC received draws

5    from DP Capital under various construction projects?

6          MR. HUERTAS:  I'm not going to answer that question.

7    It's related to a separate business, and I'll do it -- I'll do

8    it when my counsel is present for me to answer any other

9    questions related --

10          MR. SADOWSKI:  Okay.  Well, how about the --

11          MR. HUERTAS:  -- (unintelligible) DP Capital.

12          MR. HUERTAS:  How about this $26,000?  Why did Energy

13    of (sic) Morocco need that money at that time?

14          MR. HUERTAS:  They request additional funds for the

15    renovations, and we did a loan for that purpose.

16          MR. SADOWSKI:  And was JPK's business to be loaning

17    money to people for renovations?

18          MR. HUERTAS:  JPK business is again the holding

19    company and the holding company of loans -- of notes.

20          MR. SADOWSKI:  But it wasn't in the loaning business,

21    was it?

22          MR. HUERTAS:  Not before.

23          MR. SADOWSKI:  Okay.  How did JPK expect to pay Mr.

24    Sariri back the money that Mr. Sariri loaned JPK?

25          MR. HUERTAS:  Hopefully, some of these loans, we'll



Case 24-10023-ELG    Doc 46-1    Filed 03/25/25    Entered 03/25/25 18:46:59    Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC    Page 38 of 42

38

1    start paying.  And for the payments of the loans, either from

2    Energy Morocco or once the payments for 423 Kennedy and

3    Developer RE1 start happening, we will take care of the

4    creditors.

5            MR. SADOWSKI:  Okay.  And when did JPK expect the --

6            MR. HUERTAS:  (Unintelligible).

7            MR. SADOWSKI:  When did JPK expect that either of my

8    clients were going to start paying money on those loans?

9            MR. HUERTAS:  I don't know.  That's a great question

10   for you and your clients.

11           MR. SADOWSKI:  No, that's a question for you.  You

12   said that you expected -- you just said that you expected that

13   at some point you would pay Mr. Sariri back with money that you

14   got from Developer RE1 and 423 Kennedy.  So what led JPK NewCo

15   to believe that there was going to be money coming in from

16   those two loans in the next year?

17           MR. HUERTAS:  I don't know.  I think if there is

18   payments received -- you ask me a question how I'm -- how I

19   am -- how am I going to pay Mr. Sariri, and the answer to your

20   question was out of the payments that we'll receive in the

21   future, who knows when, related to the Energy Morocco, as well

22   as the junior liens that are in here.

23           MR. SADOWSKI:  All right.  Just one second, Ms.

24   Eustis.

25           All right.  That concludes my questions, Ms. Eustis.



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 39 of 42

39

1            Thank you, Mr. Huertas and Mr. Orenstein.

2            MS. EUSTIS:  Thank you.

3            Ms. Burgers, do you have any questions?

4            Okay.  Ms. Burgers had indicated at the beginning of

5    this meeting that she might have to drop off, so it appears

6    that she has.

7            Mr. Huertas, what is the Chapter 11 plan for JPK?

8    It's my understanding from your testimony that there's no

9    revenue currently coming in, that the notes that JPK holds are

10   no one is making payment on those notes.  So how does JPK

11   propose that it's going to exit bankruptcy?

12           MR. HUERTAS:  Sure.  Thank you for the question.  At

13   some point, our goal through the resolution of some of these

14   issues related to 423 Kennedy St and Developer RE1 LLC is

15   having the ability, once JPK NewCo is able to bring those funds

16   from these notes, being able to pay back its creditors so --

17           MS. EUSTIS:  And the plan is due, I believe, in two

18   weeks.  And so do you anticipate that those funds will start

19   coming in by the end of the year?

20           MR. HUERTAS:  I don't know.  I -- I'm not an expert on

21   this.  I have no idea.  But at this time, right now, we have

22   three -- two delinquent junior liens in -- in default.  And

23   unfortunately, the Energy Morocco is in default as well.

24           MR. ORENSTEIN:  This is Orenstein.

25           MS. EUSTIS:  Go ahead, Mr. Orenstein.



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 40 of 42

40

1          MR. ORENSTEIN:  Yeah, thanks.  I'm sure you saw the

2     status report that we filed last week The money from Energy

3     Morocco is due under the note to be paid in December.  We're

4     hoping that that will come in by that time.   The litigation

5     with 423 Kennedy and Developer RE1, as you know, is stayed

6     pending the Court's decision on whether or not this bankruptcy

7     case will be dismissed.  We're hoping that it's not going to be

8     dismissed and at that point, that the Court will lift the stay

9     so that the litigation can continue.

10          And you're right, the -- I believe it's -- I want to

11     say, off the top of my head, it's the 9th that the plan is due.

12     I may be wrong about that, but it's within the next two weeks.

13     And the plan, generally speaking, will provide that payments

14     will be made from the collection of these notes as and when the

15     payments are received.

16          MS. EUSTIS:  Okay.  All right.  Well, thank you.  I

17     appreciate that.

18          Does anyone else have any questions for Mr. Huertas

19     today?

20          Okay.  Hearing none.  I'm going to conclude this

21     meeting today.  And just, Mr. Orenstein and Mr. Huertas, for

22     your benefit, that does not mean I don't have any more

23     questions for you.  I do, and I do anticipate getting some

24     discovery out in connection with the motion to dismiss.  So I

25     just wanted to make sure that was clear for the record that by

Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 41 of 42

41

1    concluding this meeting of creditors, that does not mean that

2    my office does not have any further questions for you in

3    relation to its motion to dismiss.

4           But with that, this --

5           MR. ORENSTEIN:  We understand, and Mr. Huertas is

6    aware of the fact that you may want to take depositions of JPK

7    or potentially Mr. Huertas himself.

8           MS. EUSTIS:  Great.  Thank you, Mr. Orenstein.

9           And thank you all so much for your time today.  I will

10   conclude this meeting.

11          (Whereupon the hearing was adjourned)

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Case 24-10023-ELG   Doc 46-1   Filed 03/25/25   Entered 03/25/25 18:46:59   Desc
Exhibit Ex. 1 - Transcript Meeting of Creditors - JPK NewCo LLC   Page 42 of 42

42

1                                    CERTIFICATE

2       I certify that the foregoing is a correct transcript from the

3       electronic sound recording of the proceedings in the above-

4       entitled matter.

5

6

7

8       /s/

        _____        Date: November 13, 2024

9       ESCRIBERS LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25


www.escribers.net | 800-257-0885