The order below is hereby signed.

Signed: April 1 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | |
| Charles Paxton Paret, | Case No. 23-217-ELG |
| Debtor. | Chapter 7 |
| Developer RE1 LLC, | |
| Plaintiff, | Adv. Case No. 24-10023-ELG |
| v. | (Cases Consolidated) |
| DP Capital LLC, *et al.* | |
| Defendants. | |
| 423 Kennedy St Holdings LLC, | |
| Plaintiff, | |
| v. | |
| DP Capital LLC, *et al.* | |
| Defendants. | |

**CONSENT ORDER RESCHEDULING HEARINGS AND DEADLINES**

Upon the consent of Developer RE1 LLC and 423 Kennedy St Holdings LLC (the "Plaintiffs") and DP Capital, LLC, WCP Fund I LLC, SF NU, LLC, Daniel Huertas, Russell Drazin and JPK NewCo LLC (the "Defendants"), and in the interests of judicial economy, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the status conference currently scheduled in this matter be, and hereby is, CONTINUED to May 8, 2025 at 10:00 am prevailing eastern time; and it is further

ORDERED, that the hearing on the Defendants' motion to dismiss or, in the alternative, for summary judgment (as found at DE #44, with notice thereof being found at DE #45) be, and hereby is, CONTINUED to May 8, 2025 at 10:00 am prevailing eastern time; and it is further

ORDERED, that the hearing on the Plaintiffs' renewed motion for remand (as found at DE #46, with notice thereof being found at DE #47) be, and hereby is, CONTINUED to May 8, 2025 at 10:00 am prevailing eastern time; and it is further

ORDERED, that the deadline for the Plaintiffs to respond to the Defendants' motion to dismiss or, in the alternative, for summary judgment (as found at DE #44) be, and hereby is, EXTENDED to and through April 16, 2025.

We ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Defendants*

/s/ James D. Sadowski (signed w/ express permission)
James D. Sadowski, Esq.
DC Bar # 446635
Greenstein Delorme & Luchs P.C.
801 17th Street, N.W.
Suite 1000
Washington, DC  20006
Telephone: (202) 452-1400
Email: jds@gdllaw.com
*Counsel for Plaintiffs Developer RE1, LLC
and 423 Kennedy St. Holdings, LLC*