UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>CHARLES PAXTON PARET,<br><br>*Debtor.* | Case No. 23-00217-ELG<br><br>Chapter 7 |
| DEVELOPER RE1 LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DP CAPITAL LLC; RUSSELL DRAZIN; DANIEL HUERTAS; SF NU, LLC; and WCP FUND I LLC,<br><br>*Defendants.* | Adv. Pro. No. 24-10023-ELG |
| 423 KENNEDY ST HOLDINGS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DP CAPITAL LLC; RUSSELL DRAZIN; DANIEL HUERTAS; and WCP FUND I LLC,<br><br>*Defendants.* | |

## CONSENT MOTION TO EXTEND DEADLINES

The Plaintiffs, Developer RE1 LLC and 423 Kennedy St Holdings LLC, and the initial Defendants in these consolidated cases jointly move this Court to briefly extend two deadlines related to two pending motions. In support of their consent request, the movants represent to the Court as follows:

1. This case involves two consolidated cases that were removed from D.C. Superior Court on July 4, 2024.

2. Pending before the Court are a Motion to Dismiss, or, in the Alternative, for Summary Judgment (ECF # 44) ("Motion to Dismiss") and a Renewed Motion for Remand (ECF # 46). These motions are currently set for a hearing on May 8, 2025 at 10:00 a.m.

3. The Defendants that filed the Motion to Dismiss[1] requested additional time (until April 12, 2025) to respond to the Renewed Motion for Remand, which request was consented to by the Plaintiffs.

4. The Plaintiffs requested additional time (until April 18, 2025) to respond to the Motion to Dismiss, which request was consented to by the Defendants that filed the Motion to Dismiss.

5. No party will be prejudiced by these brief extensions of time.

For cause shown, the movants jointly request that the Court extend the deadlines as noted in paragraphs 3 and 4. A proposed consent order is attached.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

Dated: April 16, 2025

/s/ James D. Sadowski
James D. Sadowski (DC Bar #446635)
Alexandria J. Smith (DC Bar #1781067)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400; Fax: (202) 452-1410
Emails: jds@gdllaw.com; ajs@gdllaw.com
*Counsel for Developer RE1 LLC and*
 *423 Kennedy St Holdings LLC*

---

[1] The defendants that filed the Motion to Dismiss include all defendants named in the Third Amended Complaint except Defendant Shaheen Shariri.

8161\0002\4898-5854-1623.v1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2025, a true copy of the foregoing Consent Motion to Extend Deadlines was filed electronically and a Notice of Electronic filing should be sent to all persons receiving notices via the Court's CM/ECF system.

/s/ James D. Sadowski
James D. Sadowski

8161\0002\4898-5854-1623.v1