## D.C. Code § 28-3104

*** The Official Code is current through March 20, 2025 ***

**District of Columbia Official Code  >  Division V. Local Business Affairs. (Titles 25 — 37)  >  Title 28. Commercial Instruments and Transactions. (Subts. I — II)  >  Subtitle II. Other Commercial Transactions. (Chs. 21 — 54)  >  Chapter 31. Fraudulent Conveyances. (§§ 28-3101 — 28-3111)**

### § 28-3104. Transfers fraudulent as to present and future creditors.

(a)  A transfer made, or obligation incurred, by a debtor is fraudulent as to a creditor, whether the creditor's claim arose before or after the transfer was made or the obligation was incurred, if the debtor made the transfer or incurred the obligation:

  (1)  With actual intent to hinder, delay, or defraud any creditor of the debtor; or

  (2)  Without receiving a reasonably equivalent value in exchange for the transfer or obligation, and the debtor:

    (A)  Was engaged or was about to engage in a business or a transaction for which the remaining assets of the debtor were unreasonably small in relation to the business or transaction; or

    (B)  Intended to incur, or believed or reasonably should have believed that the debtor would incur, debts beyond the debtor's ability to pay as they became due.

(b)  In determining actual intent under subsection (a)(1) of this section, consideration may be given, among other factors, to whether:

  (1)  The transfer or obligation was to an insider;

  (2)  The debtor retained possession or control of the property transferred after the transfer;

  (3)  The transfer or obligation was disclosed or concealed;

  (4)  Before the transfer was made or obligation was incurred, the debtor had been sued or threatened with suit;

  (5)  The transfer was of substantially all the debtor's assets;

  (6)  The debtor absconded;

  (7)  The debtor removed or concealed assets;

  (8)  The value of the consideration received by the debtor was reasonably equivalent to the value of the asset transferred or the amount of the obligation incurred;

  (9)  The debtor was insolvent or became insolvent shortly after the transfer was made or the obligation was incurred;

  (10)  The transfer occurred shortly before or shortly after a substantial debt was incurred; and

  (11)  The debtor transferred the essential assets of the business to a lienor who transferred the assets to an insider of the debtor.

### History

(Feb. 9, 1996, D.C. Law 11-83, § 2, 42 DCR 6773.)

Erin McAuliffe

§ 28-3104. Transfers fraudulent as to present and future creditors.

Annotations

## Notes

**Prior Codifications.**

1981 Ed., *§ 28-3104.*

**Legislative history of Law 11-83.**

For legislative history of D.C. Law 11-83, see Historical and Statutory Notes following *§ 28-3101.*

**Editor's notes.**

Uniform Law: This section is based upon § 4 of the Uniform Fraudulent Transfer Act.

## CASE NOTES

   **Attachment.**

   **Transfer.**

**Attachment.**

Client's judgment lien did not automatically attach to the attorney's "share" of the property upon the divorce, because he had no such share as the property was owned solely by the wife, as resolved by the couple's property settlement agreement, the divorce decree, and the warranty deed; the Superior Court did not err in denying the client's motion for a determination that the property was dually owned by the couple, and the property was not an assert of the attorney that could be the subject of a transfer that was fraudulent, and the client had at no time a right to attach the property. *Blount v. Padgett, 261 A.3d 200, 2021 D.C. App. LEXIS 294 (D.C. 2021)*.

**Transfer.**

Chapter 7 trustee's complaint failed to allege that debtor effectively transferred her interest in property through the disclaimer of her interest in a trust because, pursuant to Va. Code § 64. 2-2603(G), a disclaimer was not a transfer. *Webster v. TCA TrustCorp Am. (In re Du Hancourt), 2020 Bankr. LEXIS 3305 (Bankr. D.D.C. Nov. 24, 2020)*.

## Research References & Practice Aids

**Section references.**

This section is referenced in *§ 28-3103*, *§ 28-3108*, and *§ 28-3109.*

District of Columbia Official Code
Copyright © 2025 All rights reserved.

---

**End of Document**