**Property:   5501 1st St NW Washington DC 20011-5207**

**Interest Payments**

| Date | DOT1 | DOT2 |
|---|---|---|
| 12/23/2021 | $ 7,149.05 | $ 1,570.69 |
| 2/1/2022 | $ 24,624.51 | $ 5,410.15 |
| 3/1/2022 | $ 22,241.50 | $ 4,886.59 |
| 4/1/2022 | $ 24,624.51 | $ 5,410.15 |
| 5/1/2022 | $ 23,830.18 | $ 5,235.63 |
| 6/1/2022 | $ 24,624.51 | $ 5,410.15 |
| 7/1/2022 | $ 23,830.18 | $ 5,235.63 |
| 8/1/2022 | $ 24,624.51 | $ 5,410.15 |
| 9/1/2022 | $ 24,624.51 | $ 5,410.15 |
| 10/1/2022 | $ 23,830.18 | $ 5,235.63 |
| 11/1/2022 | $ 24,624.51 | $ 5,410.15 |
| 12/1/2022 | $ 23,830.18 | $ 5,235.63 |
| 1/1/2023 | $ 24,624.51 | $ 5,410.15 |
| **TOTAL** | **$ 297,082.84** | **$ 65,270.85** |

| GRAND TOTAL | $ 362,353.69 |
|---|---|



https://payment-link.azurewebsites.net/p/hqbhzxi4xrsu3mcfdstuv25sem

---

**5505 1st St NW Washington DC 20011-5207**                                          Paid ✓
Payment Amount: $1,570.69, Due Date: 12/23/2021



https://payment-link.azurewebsites.net/p/wemncil6kzuufc2oho5fnlwrca

| 5505 1st St NW Washington DC 20011-5207 | Paid ✓ |
| Payment Amount: $7,149.05, Due Date: 12/23/2021 | |



https://payment-link.azurewebsites.net/p/f2q5h2herzzexmcuhjyifqmxly

| | |
|---|---|
| **5505 1st St NW Washington DC 20011-5207** | Paid ✓ |
| Payment Amount: $5,410.15, Due Date: 02/01/2022 | |



https://payment-link.azurewebsites.net/p/ksvjeak4y55e7cxwx7xoozkb64

| 5505 1st St NW Washington DC 20011-5207 | Paid |
| Payment Amount: $24,624.51, Due Date: 02/01/2022 | |



https://payment-link.azurewebsites.net/p/gmzjptk7siauppgvqo47vxew5i

| 5505 1st St NW Washington DC 20011-5207 | Paid |
|---|---|
| Payment Amount: $22,241.50, Due Date: 03/01/2022 | |



https://payment-link.azurewebsites.net/p/lzgl67px4liufgacedaflcdkdu

| 5505 1st St NW Washington DC 20011-5207 | Paid ⊘ |
|---|---|
| Payment Amount: $4,886.59, Due Date: 03/01/2022 | |



https://payment-link.azurewebsites.net/p/yzpa3n44h5zejfqrsleyyhmrym

5505 1st St NW Washington DC 20011-5207
Payment Amount: $24,624.51, Due Date: 04/01/2022                                        Paid ⊘



https://payment-link.azurewebsites.net/p/d3w2fql27mfunejlkvllizumfm

| 5505 1st St NW Washington DC 20011-5207 | Paid ⊘ |
|---|---|
| Payment Amount: $5,410.15, Due Date: 04/01/2022 | |



https://payment-link.azurewebsites.net/p/r6erh7x535yezhylap6ou3otiy

**5505 1st St NW Washington DC 20011-5207**
Payment Amount: $23,830.18, Due Date: 05/01/2022

Paid ✓



https://payment-link.azurewebsites.net/p/d2pcoslb46gutkikkqyxzbyvca

| 5505 1st St NW Washington DC 20011-5207 | Paid ⊘ |
| Payment Amount: $5,235.63, Due Date: 05/01/2022 | |



https://payment-link.azurewebsites.net/p/y34iwxninxauporpzmnk2brfqm

| 5505 1st St NW Washington DC 20011-5207 | Paid |
|---|---|
| Payment Amount: $5,410.15, Due Date: 06/01/2022 | |



https://payment-link.azurewebsites.net/p/4xvy3ths7e7uxec57jkuh2544e

| 5505 1st St NW Washington DC 20011-5207 | Paid ✓ |
|---|---|
| Payment Amount: $24,624.51, Due Date: 06/01/2022 | |



https://payment-link.azurewebsites.net/p/e63qan2urxeehbykh6raialk44

| | |
|---|---|
| **5505 1st St NW Washington DC 20011-5207**<br>Payment Amount: $23,830.18, Due Date: 07/01/2022 | Paid ⊘ |



https://payment-link.azurewebsites.net/p/kofddh4iisoelpiz7jgfpa2xim

---

**5505 1st St NW Washington DC 20011-5207**
Payment Amount: $5,235.63, Due Date: 07/01/2022

Paid ⊘



https://payment-link.azurewebsites.net/p/kofddh4iisoelpiz7jgfpa2xim

| 5505 1st St NW Washington DC 20011-5207 | Paid ✓ |
|---|---|
| Payment Amount: $5,410.15, Due Date: 08/01/2022 | |



https://payment-link.azurewebsites.net/p/pr5kz57aym4enmaunbtelaaoay

| 5505 1st St NW Washington DC 20011-5207 | Paid ✓ |
|---|---|
| Payment Amount: $24,624.51, Due Date: 08/01/2022 | |



https://payment-link.azurewebsites.net/p/72zj23dwy3befj2t3zmubm5q5y



5505 1st St NW Washington DC 20011-5207                                                    Paid ⊘
Payment Amount: $24,624.51, Due Date: 09/01/2022



https://payment-link.azurewebsites.net/p/lfj6ok6ibw4ebdueuaf25oq3pm

| | |
|---|---|
| **5505 1st St NW Washington DC 20011-5207**<br>Payment Amount: $5,410.15, Due Date: 09/01/2022 | Paid ✓ |



https://payment-link.azurewebsites.net/p/gbn36foeqtbena46chwbddcc4u

| 5505 1st St NW Washington DC 20011-5207 | Paid ✓ |
| --- | --- |
| Payment Amount: $23,830.18, Due Date: 10/01/2022 | |



https://payment-link.azurewebsites.net/p/s3ojgka3odoubalqsvnfbazha4

| 5505 1st St NW Washington DC 20011-5207 | Paid ⊘ |
| Payment Amount: $5,235.63, Due Date: 10/01/2022 | |



https://payment-link.azurewebsites.net/p/g4vp4rd6blvutaqdul7uqcrtu4

| | |
|---|---|
| **5505 1st St NW Washington DC 20011-5207** | Paid ✓ |
| Payment Amount: $5,410.15, Due Date: 11/01/2022 | |



https://payment-link.azurewebsites.net/p/5meblfjkux6exb2vetchavxs44

**5505 1st St NW Washington DC 20011-5207**
Payment Amount: $24,624.51, Due Date: 11/01/2022                    Paid ⊘



https://payment-link.azurewebsites.net/p/5tztzp34yqbupnd4zml3jkvvkm

| 5505 1st St NW Washington DC 20011-5207 | Paid ✓ |
|---|---|
| Payment Amount: $23,830.18, Due Date: 12/01/2022 | |



https://payment-link.azurewebsites.net/p/sxtrel2sudcuteqpdscyz4wj4m

| | |
|---|---|
| **5505 1st St NW Washington DC 20011-5207** | Paid ✓ |
| Payment Amount: $5,235.63, Due Date: 12/01/2022 | |



https://payment-link.azurewebsites.net/p/xk23at4ou5gedgfy7zmsatcely



**5505 1st St NW Washington DC 20011-5207**
Payment Amount: $24,624.51, Due Date: 01/01/2023                    Paid ✓



https://payment-link.azurewebsites.net/p/o2wbn2jv7ktu5bujqmkfcihl6e

| 5505 1st St NW Washington DC 20011-5207 | Paid ✓ |
| Payment Amount: $5,410.15, Due Date: 01/01/2023 | |