

https://payment-link.azurewebsites.net/p/d5t2iew65ufupjdzhpvbs6b7ge

419 Kennedy St NW # 423 Washington DC 20011-6523            Paid
Payment Amount: $1,008.80, Due Date: 03/31/2022



https://payment-link.azurewebsites.net/p/gwgd3blbzgwujnppboapqylagu

419 Kennedy St NW # 423 Washington DC 20011-6523            Paid
Payment Amount: $418.67, Due Date: 03/31/2022



https://payment-link.azurewebsites.net/p/7juaua4o4c7uxio72znu45x3bm

419 Kennedy St NW # 423 Washington DC 20011-6523
Payment Amount: $31,628.07, Due Date: 05/01/2022    Paid



https://payment-link.azurewebsites.net/p/cfxd3oagjbfe7nzrzj6rncl7ra

419 Kennedy St NW # 423 Washington DC 20011-6523
Payment Amount: $12,560.00, Due Date: 05/01/2022    Paid



https://payment-link.azurewebsites.net/p/dcxcbrbjrijunag77txkyukc3i

419 Kennedy St NW # 423 Washington DC 20011-6523  Paid
Payment Amount: $36,924.24, Due Date: 06/01/2022



https://payment-link.azurewebsites.net/p/gmx2wqnzvuje5bpjy4b2nbvnji

419 Kennedy St NW # 423 Washington DC 20011-6523  Paid
Payment Amount: $12,978.67, Due Date: 06/01/2022



https://payment-link.azurewebsites.net/p/ivghhm2crshexhazoa77nomije

419 Kennedy St NW # 423 Washington DC 20011-6523     Paid
Payment Amount: $37,151.17, Due Date: 07/01/2022



https://payment-link.azurewebsites.net/p/uszys6sdzqfetjee47dbzortcm

419 Kennedy St NW # 423 Washington DC 20011-6523     Paid
Payment Amount: $12,560.00, Due Date: 07/01/2022



https://payment-link.azurewebsites.net/p/ntgkzgurvkqu5eufpuzc42qjtm

419 Kennedy St NW # 423 Washington DC 20011-6523
Payment Amount: $40,014.28, Due Date: 08/01/2022    Paid



https://payment-link.azurewebsites.net/p/rzmwi4pvsiqejgw7fylkt5mrsq



419 Kennedy St NW # 423 Washington DC 20011-6523
Payment Amount: $12,978.67, Due Date: 08/01/2022    Paid



https://payment-link.azurewebsites.net/p/zt3j67rx26ie7h6hsaissn6dwq

419 Kennedy St NW # 423 Washington DC 20011-6523    Paid
Payment Amount: $42,427.02, Due Date: 09/01/2022



https://payment-link.azurewebsites.net/p/qtssglpdepxutiyic4uns6ksuy



419 Kennedy St NW # 423 Washington DC 20011-6523    Paid
Payment Amount: $12,978.67, Due Date: 09/01/2022



https://payment-link.azurewebsites.net/p/jgk2uho67krufandts7ohoprk4

419 Kennedy St NW # 423 Washington DC 20011-6523    Paid
Payment Amount: $43,025.07, Due Date: 10/01/2022



https://payment-link.azurewebsites.net/p/qtssglpdepxutiyic4uns6ksuy



419 Kennedy St NW # 423 Washington DC 20011-6523    Paid
Payment Amount: $12,560.00, Due Date: 10/01/2022



https://payment-link.azurewebsites.net/p/mpzefwl7eriufbxtjt4cngwb4a

419 Kennedy St NW # 423 Washington DC 20011-6523    Paid
Payment Amount: $12,978.67, Due Date: 11/01/2022



https://payment-link.azurewebsites.net/p/qlrpvgtbr7yezcoqmwf2tbjx6q

419 Kennedy St NW # 423 Washington DC 20011-6523    Paid
Payment Amount: $46,166.18, Due Date: 11/01/2022



https://payment-link.azurewebsites.net/p/feyrtesljkzuddc2okywtmjevu





https://payment-link.azurewebsites.net/p/gppin77bqfyu7a47457vhksvyu

419 Kennedy St NW # 423 Washington DC 20011-6523
Payment Amount: $12,560.00, Due Date: 12/01/2022                                                                        Paid ⊘