# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
# CIVIL DIVISION

| | |
|---|---|
| **DEVELOPER RE1 LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**DP CAPITAL, LLC d/b/a WASHINGTON CAPITAL PARTNERS,** *et al.*,<br><br>Defendants. | Case No. 2022-CAB-005935<br><br>Judge Ebony M. Scott<br><br>Next Court Event: Mediation<br>November 16, 2023 at 1:30 p.m. |

## ORDER

This matter was before the Court on March 24, 2023 for a Scheduling Conference Hearing. At the hearing, the Court denied Defendants' Motion to Dismiss First Amended Complaint, filed on January 26, 2023, and the Court placed the matter on a Track 2 Scheduling Order.

Accordingly, on this **7th day of April, 2023**, it is hereby:

**ORDERED** that Defendants' Motion to Dismiss First Amended Complaint is **DENIED**; and it is further

**ORDERED** that this matter is placed on a Track 2 Scheduling Order, which shall issue under separate Order.

**SO ORDERED**.

*[signature]*
Associate Judge Ebony M. Scott
*(Signed in Chambers)*

Page **1** of **2**

**Copies via Odyssey to**:

James D. Sadowski, Esq.
jds@gdllaw.com
*Counsel for Plaintiff*

Maurice B. Verstandig, Esq.
mac@mbvesq.com
*Counsel for Defendants*